# In The United States Court of Federal Claims

## Cover Sheet

05 - 1000C

Plaintiff(s) or Petitioner(s) Enron Federal Solutions, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] John J. Pavlick, Jr.

Firm Name: Venable LLP

Post Office Box:

Street Address: 575 7th Street, N.W.

City-State-Zip: Washington, DC 20004

Telephone & Facsimile Numbers: 202/344-4000 // 202/344-8300 (fax)

E-mail address: jjpavlick@venable.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Privatization contract to own (or replace and own), operate, and maintain the Fort Hamilton electrical, natural gas, potable water and wastewater utility systems.

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 10,476,801., plus interest

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** n/a

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005