ORIGINAL

FILED
SEP 15 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | 05-1000C |
| | ) | |
| v. | ) | Civil Action No.________ |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Court of Federal Claims Rule 40.2, Plaintiff hereby notifies the Court that the case of Liberty Mutual Insurance Co. v. United States of America, United States Court of Claims No. 04-254C, presently pending in this Court, shares common questions of fact and law.

Liberty Mutual is the payment bond surety for Plaintiff Enron Federal Solutions, Inc. in connection with the same contract that is at issue in this case. Liberty Mutual filed the case identified above (No. 04-254C) to recover from the United States those sums Liberty Mutual alleges to have paid pursuant to its payment bond for services provided for the benefit of the United States under the contract. Specifically, Liberty Mutual seeks to recover of a portion of the sums that are owed by the United States to Plaintiff Enron Federal Solutions, Inc. under that same contract, but which have not yet been paid by the United States

In this case, Plaintiff Enron Federal Solutions, Inc. seeks recovery of all payments owed, but not yet paid by the United States under the same contract. Consequently, this

case and the Liberty Mutual case involve a number of common and overlapping questions of fact and law.

For these reasons, Plaintiff Enron Federal Solutions, Inc. believes that consolidation of these matters will promote an efficient resolution of both actions.

Respectfully submitted,

DATED: September 15, 2005

ENRON FEDERAL SOLUTIONS, INC.

By: John J. Pavlick Jr. by Charles R Marvin Jr.

John J. Pavlick, Jr.
VENABLE LLP
575 7th Street, N. W.
Washington, D. C. 20004
Telephone: 202/344-4000
Facsimile: 202/344-8300

OF COUNSEL
Charles R. Marvin, Jr.
VENABLE LLP
575 7th Street, N. W.
Washington, D. C. 20004
Telephone: 202/344-4000
Facsimile: 202/344-8300

James F. H. Scott
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
Telephone: 703/760-1600
Facsimile: 703/821-8949

*Counsel for Plaintiff*
*Enron Federal Solutions, Inc.*

41495-189863
DC1/201465