**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-1000C** |
| | ) | **(Judge Block)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of thirty (30) days, to and including December 15, 2005, to respond to plaintiff's complaint. Defendant's response to the complaint currently is due on November 15, 2005. This is defendant's first request for an enlargement of the period allowed for filing a response to the complaint. Defendant's counsel conferred with plaintiff's counsel on November 7, 2005, regarding this motion, and plaintiff's counsel stated that Enron Federal Solutions, Inc., would oppose this motion.

The agency involved in this litigation, the United States Department of the Army ("Army"), has been asked to provide defendant's counsel with a litigation report, which is necessary for defendant to prepare a complete and meaningful response to plaintiff's complaint. The Army has advised defendant's counsel that the preparation of the litigation report will require additional time beyond the current date for filing a response to the complaint. Defendant requires an additional thirty days, in part, to review materials related to this litigation. including the forthcoming litigation report, as well as materials related to Liberty Mutual Insurance Co. v. United States, Fed. Cl. No. 04-254C, which is also pending before this Court and which plaintiff has referenced as being a related case, pursuant to Rule 40.2 of the Rules of this Court. Notice of

Directly Related Case (filed Sept. 15, 2005) (Dkt. No. 3). As a result, we respectfully request an additional thirty (30) days to prepare and file our response to the complaint.

For the foregoing reasons, defendant respectfully requests that its motion for enlargement of time to respond to plaintiff's complaint be allowed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

/s/ John Warshawsky

JOHN WARSHAWSKY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163
Attorneys for Defendant

November 8, 2005

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2005, a copy of foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ John Warshawsky

____________________________________