**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 05-1000C** |
| | ) | **(Judge Block)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**STIPULATION REGARDING INITIAL DISCLOSURES**

Pursuant to the Rule 26(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), which provides for required disclosures "[e]xcept . . . to the extent otherwise stipulated," the parties stipulate as follows:

1. The disclosures required by RCFC 26(a)(1) shall not apply during the pendency of the motion or motions referenced in the parties' responses to questions (g) and (m) of the Joint Preliminary Status Report (Docket No. 11) (filed Feb. 3, 2006).

2. If the Court's rulings upon any motion or motions filed fail to completely dispose of all issues in this matter, the parties' initial disclosures shall be due fourteen (14) days after the Court's rulings unless otherwise stipulated thereafter or directed by Court Order.

FOR PLAINTIFF ENRON FEDERAL SOLUTIONS, INC.

/s/ John J. Pavlick, Jr.

JOHN J. PAVLICK, JR.
CHARLES R. MARVIN, JR.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004
Attorney for Plaintiff

Dated: February 17, 2006

FOR DEFENDANT UNITED STATES OF AMERICA

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

/s/ John Warshawsky

JOHN WARSHAWSKY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Attorneys for Defendant

Dated: February 17, 2006

Notice of Filing

I hereby certify that on February 17, 2006, a copy of foregoing "Stipulation Regarding Initial Disclosures" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ John Warshawsky