# The United States Court of Federal Claims

**No: 05-1000 C**
February 27, 2006

**ENRON FEDERAL SOLUTIONS, INC.,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER CONSOLIDATING CASES**

On September 15, 2005, Enron Federal Solutions, Inc. filed a complaint against defendant, along with a Rule 40.2 notice of directly related case identifying the case *Liberty Mutual Insurance Co. v. United States* (No. 04-254) as one "involv[ing] the same contract." *See* RCFC 40.2(a)(1)(B). Plaintiff at that time noted "that consolidation of these matters will promote an efficient resolution of both actions."

By separate opinion and order, a copy of which is attached, the court concluded that it has jurisdiction over the claim in case No. 04-254. Mindful of the interests of efficiency that might be achieved by consolidating these two cases, the court hereby **ORDERS** that case No. 04-254 be consolidated with this one pursuant to RCFC 42(a).

Hereafter, the case style for all future filings in this matter shall be: "Enron Federal Solutions, Inc., *et.al.*, Plaintiffs, v. The United States of America, Defendant." No. 05-1000 C (04-254C consolidated).

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**