# The United States Court of Federal Claims

**No: 04-254 C**
February 27, 2006

**LIBERTY MUTUAL INSURANCE CO.,**

***Plaintiff***,

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant***.

**ORDER CONSOLIDATING CASES**

The plaintiff in this case is a surety seeking reimbursement of payments it made on behalf of its insured, Enron Federal Solutions, Inc. ("EFSI"), pursuant to a payment bond required under the Miller Act, 40 U.S.C. § 270 *et seq.*, for EFSI's contract (No. DACA51-99R-006) with defendant.

On September 15, 2005, EFSI filed a complaint against defendant in this court (Case No. 05-1000C), along with a Rule 40.2 notice of directly related case identifying this case as one "involv[ing] the same contract." *See* RCFC 40.2(a)(1)(B).

Mindful of the interests of efficiency that might be achieved by consolidating these two cases, the court hereby **ORDERS** that this case be consolidated with *Enron Federal Solutions, Inc. v. United States*, No. 05-1000 (filed Sept. 15, 2005) pursuant to RCFC 42(a).

Hereafter, the case style for all future filings in this matter shall be: "Enron Federal Solutions, Inc., *et. al.*, Plaintiffs, v. The United States of America, Defendant." No. 05-1000 C (04-254 consolidated).

s/*Lawrence J. Block*

**Lawrence J. Block**
**Judge**