# The United States Court of Federal Claims

**No: 05-1000 C (04-254 Consolidated)**
February 27, 2006

**ENRON FEDERAL SOLUTIONS, INC.,**
***et. al.*,**

***Plaintiffs*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

## SCHEDULING ORDER

All parties to the consolidated case are **ORDERED** to submit a joint status report to the court no later than **Friday, March 24, 2006**, suggesting a proposed schedule and procedural framework for resolving remaining issues.

s/*Lawrence J. Block*
**Lawrence J. Block**
**Judge**