**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC., et. al.,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No. 05-1000C (04-254C)** <br> **(Consolidated)** <br> **(Judge Block)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order entered February 27, 2006 (Dkt. No. 14), the parties respectfully submit the following Joint Status Report proposing a schedule and procedural framework for resolving the remaining issues in this consolidated matter.

As described in the Joint Preliminary Status Report ("JPSR") filed by plaintiff Enron Federal Solutions, Inc. ("EFSI"), and defendant, the United States, on February 3, 2006 (Dkt. No. 11), both of those parties believe the Court should entertain dispositive motions. Specifically, as stated in the JPSR, defendant believes the issues raised in EFSI's complaint can be wholly addressed by a motion filed pursuant to Rules 12(b) and 56 of the Rules of the Court of Federal Claims ("RCFC"). JPSR ¶¶ (g) and (j). Moreover, while plaintiff, EFSI, does not believe the issues raised in its complaint can be resolved completely by a dispositive motion, EFSI proposes to file a cross-motion pursuant to Rule 56 in the hopes that a decision by this Court would assist in clarifying the parties' relative positions and facilitating possible settlement of all issues. JPSR ¶ (j).

Plaintiff Liberty Mutual Insurance Company ("Liberty") concurs that a ruling on the parties' foregoing motions will narrow the scope of pertinent issues, and, consequently, the parties believe the chances of negotiating a settlement will be greatly improved once the Court has issued rulings on these motions. Based on the Court's consolidation of these cases and the commonality of interests between plaintiffs, Liberty intends to join EFSI in its moving papers pursuant to Rule 56. Liberty reserves its rights to separately respond, if necessary, to any motion

filed by the Government pursuant to Rule 12(b) or Rule 56 that may address or impact Liberty's Complaint or its surety rights, and defendant similarly reserves its rights to respond separately, if necessary, to any separate pleading filed by plaintiff Liberty.

In light of the foregoing, the parties propose that the Court set a schedule for the filing of motions pursuant to Rules 12 and 56, as referenced in the responses to JPSR, and the parties further propose that the Court establish May 5, 2006, as the date for the filing of initial dispositive motions by plaintiff, EFSI, and defendant, with responsive pleadings to be filed as provided by the Court's rules. In the event the Court determines that the matter cannot be fully resolved by rulings upon motions filed pursuant to Rules 12 and 56, the parties will confer and submit a joint status report proposing the course for further proceedings in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

/s/ John Warshawsky

JOHN WARSHAWSKY
THOMAS D. DINACKUS
Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163
Attorneys for Defendant
Dated: March 22, 2006

/s/ John J. Pavlick, Jr.

JOHN J. PAVLICK, JR.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4894
Facsimile: (202) 344-8300
Attorney for Plaintiff EFSI
Dated: March 22, 2006

/s/ Timothy E. Heffernan

TIMOTHY E. HEFFERNAN
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Telephone: (703) 749-1000
Facsimile: (703) 749-0699
Attorney for Plaintiff Liberty Mutual
Dated: March 22, 2006

Notice of Filing

I hereby certify that on March 22, 2006, a copy of foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ John Warshawsky