# The United States Court of Federal Claims

**No: 05-1000 C**
**(04-254 Consolidated)**

March 23, 2006

**ENRON FEDERAL SOLUTIONS, INC.,**
***et. al.,***

***Plaintiffs***,

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant***.

**SCHEDULING ORDER**

On Wednesday, March 22, 2006 the parties filed a joint status report proposing a procedural framework and a schedule for resolving remaining issues in these cases. As the parties suggested, the following scheduling deadlines shall be followed for the filing of any Rule 12 and Rule 56 motions:

**Friday, May 5, 2006**: Defendant shall file any Rule 12 and/or Rule 56 motion;

**Friday, June 2, 2006**: Plaintiff shall file its response and any Rule 56 cross-motion;

**Friday, June 30, 2006**: Defendant shall file its reply and its response to any cross-motion;

**Friday, July 14, 2006**: Plaintiff shall file its reply.

It is so **ORDERED**.

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**