**APPENDIX: DEFENDANT'S MOTION DISMISS COUNTS THREE AND FOUR AND FOR SUMMARY JUDGMENT WITH REGARD TO PLAINTIFF ENRON FEDERAL SOLUTIONS, INC.'S COMPLAINT**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC., et. al.,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No. 05-1000C (04-254C)** **(Consolidated)** **(Judge Block)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF WILLIAM E. CAMPBELL, JR.**

I, William E. Campbell, Jr., hereby declare as follows:

1. My name is William E. Campbell, Jr., and I am employed by the United States Department of the Army ("Army") at the Acquisition Center, U.S. Army Military District of Washington, Fort Belvoir, Virginia.

2. In the course of my employment with the Army, I have been assigned Contracting Officer responsibilities with regard to Contract DACA51-00-C-0001, awarded to Enron Federal Solutions, Inc. ("EFSI"), one of the plaintiffs in this matter.

3. In my capacity as a Contracting Officer for the contract with EFSI, I have become familiar with and utilized records prepared to administer that contract and have prepared records in connection with administering the contract.

4. Attachment 1 to the Declaration consists of true and correct copies of pages excerpted from the Solicitation which sought proposals for the contract work ultimately awarded to EFSI.

5. Attachment 2 to the Declaration consists of true and correct copies of pages excerpted from EFSI's document entitled "Cost Proposal – Final Proposal Revision," dated August 27, 1999, and submitted in response to the Solicitation referenced in paragraph 4, above.

6. Attachment 3 to the Declaration consists of a true and correct copy of the document awarding the contract to EFSI.

7. Attachment 4 to the Declaration consists of a true and correct copy of my Contracting Officer's Final Decision dated February 26, 2002, which, among other things, informed EFSI that its contract had been terminated for default.

8. Attachment 5 to the Declaration consists of a true and correct copy of contract modification P00012, which I issued in connection with my Contracting Officer's Final Decision dated February 26, 2002.

9. EFSI did not appeal my decision to terminate its contract for default, as set forth in the February 26, 2002 Contracting Officer's Final Decision.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 28, 2006

William E. Campbell, Jr.



000032

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF PAGES 125

CONTRACT NO. | 3. SOLICITATION NO. DACA51-99-R-0006 | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 1/22/99 | 6. REQUISITION/PURCHASE NO. W16ROE-8323-0698

ISSUED BY CODE e3p0500
CONTRACTING - CONTRACTS BRANCH
26 FEDERAL PLAZA
ROOM 1843
NEW YORK, NY 10278

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 3 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in U.S. Army Corps of Engineers until 1200 (Hour) local time 03/19/99 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME Ina Ohrwashel CD6 | B. TELEPHONE NO. (NO COLLECT CALLS) (212) 264-0154 | C. E-MAIL ADDRESS

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 17 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 27 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | 19 | X | J | LIST OF ATTACHMENTS | 18 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 12 |
| | F | DELIVERIES OR PERFORMANCE | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 16 |
| | G | CONTRACT ADMINISTRATION DATA | 3 | | M | EVALUATION FACTORS FOR AWARD | 2 |
| | H | SPECIAL CONTRACT REQUIREMENTS | 10 | | | | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS %

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE

15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO. (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE. ☐ | 17. SIGNATURE | 18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION 21820500000 088011 25C20024PB70000000000 E316 19016

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c)( ) ☐ 41 U.S.C. 253 (c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM

24. ADMINISTERED BY (If other than Item 7) CODE | 25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or Print) | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

000003

STANDARD FORM
Prescribed by GSA - F

Attachment 1

## B.1 SCOPE AND PURPOSE.

B.1.1 Fort Hamilton ("Installation"), New York, seeks one (1) qualified utility service provider or contractor ("Contractor/Offeror") to own (or replace and own), operate, and maintain the Fort Hamilton electrical, natural gas, potable water and wastewater utility systems to distribute electricity, natural gas, potable water and collect wastewater within the Fort Hamilton installation boundary. The Government will consider proposals from regulated utility service providers and contractors who are not regularly engaged in the business of utility distribution service to the general public. However, selection of the Contractor will be based upon the best value to the Government with experience and demonstrated performance included as significant evaluation factors. Potential Contractors are obligated to ensure adequate and dependable utility service to all facilities and equipment serviced. These services shall be in accordance with the all applicable National Standards, state and federal health, safety, fire and environmental laws/codes and as stated herein for the Fort Hamilton military installation. The Contractor shall own, operate, and maintain each utility in accordance with the New York Public Service Commission (PSC) standards, even if the New York PSC has no jurisdiction within the Fort Hamilton installation. The Contractor shall be responsible for compliance with changed or new state, local and federal laws/regulations at no additional cost to the Government. (See Paragraph C.7 Performance Standards)

Consolidated Edison (ConEd) currently supplies Fort Hamilton with electrical power through a separate and independent contract. Natural gas is currently supplied to Fort Hamilton by Brooklyn Union, a Keyspan Energy Company, through a separate and independent contract. Potable water supply and wastewater treatment is provided by New York City Department of Environmental Protection to Fort Hamilton through a separate and independent contract. This RFP for the privatization of the Fort Hamilton electrical, natural gas, the potable water distribution and wastewater collection systems will in no way affect the current contracts for the provision of commodity services described above.

## B.2 DEFINITIONS:

The following items are to be proposed in a Firm Fixed Price, lump sum methodology in Schedule B-1, but detailed justification and rationale will be required to evaluate appropriate responses for technical sufficiency. The Contractor bears the burden of providing sufficient information for Government evaluation.

B.2.1 Annual Initial Upgrade: The Contractor's initial capital investment price, amortized over a desired period at an annual interest rate, for system improvements to comply with utility standards and any other required/requested services (mapping, unique services, etc.), or new utility distribution system design, construction, installation and applicable required tax payments on the upgraded utility components. It is anticipated that the natural gas, potable water and wastewater utility distribution systems will need either major capital repair or complete reconstruction to comply with modern, stringent

Industry Standards. All utility distribution system upgrades or replacements shall be completed by the end of the first year of the contract. (See paragraph C.7. Performance Standards.)

B.2.2 Annual Distribution Charge: The total annual service charge for the nominal ownership, operation, and routine maintenance of the Fort Hamilton electrical, natural gas, potable water, and wastewater utility distribution systems. This price component includes routine maintenance, preventive maintenance, new service connection, service removal, all forms of insurance, all administrative, general and labor charges, and non-capital related utility distribution system investments to be made on an annual basis. Additionally, the price component shall include the installation and connection of service meters as directed by the Government. See Paragraph H.21, Service Meters. This price component also includes miscellaneous factors, such as property taxes (if applicable).

B.2.3 Annual Capital Improvement: This price component includes any capital related investments for the Fort Hamilton electrical, natural gas, potable water and wastewater utility distribution system upgrades or major distribution system repairs forecasted on an annual basis. Forecasted capital expenditures may be averaged and amortized over the contract period or actual expenditures may be estimated for each given year.

B.2.4 Annual Purchase Price: The Contractor's price to purchase the Fort Hamilton utility distribution systems, based upon the Contractor's evaluation of the four (4) utility distribution systems, the systems' conditions, and the systems' fair values. Fort Hamilton does not desire an upfront lump sum cash payment for the fair value of the utility distribution systems. The Purchase Price of the utility distribution systems shall be in the form of an annual credit to the utility distribution bill. The Contractor's purchase price of the Fort Hamilton utility distribution systems shall be amortized over a desired period at an annual interest rate and returned to Fort Hamilton in the form of a credit to the Contractor's utility bill for the services rendered in this contract. The Annual Purchase Price Credit may be a positive, negative, or zero value depending upon the Contractor's evaluation and engineering or economic justification. Any tax liabilities not previously addressed must also be identified and addressed by the Contractor. Contractors should structure their proposals to provide the best life-cycle cost value to the Government.

B.2.5 Total Annual Price: The Contractor's total annual price for service for the ownership, operation, and maintenance of the electrical, natural gas, potable water, and wastewater utility distribution systems at Fort Hamilton, New York. The Total Annual Price is the sum of the above described price components.

A hypothetical example Schedule B is located at the back of Section L, Instructions, Conditions, and Notices to Offerors on Table L-2.

# SECTION H

# SPECIAL CONTRACT REQUIREMENTS

## H.1 CAPITAL INVESTMENTS.

H.1.1 *Funding Responsibility*. The Contractor shall be responsible for funding all capital investments required to acquire, maintain and operate the Fort Hamilton electrical, natural gas, potable water and wastewater distribution systems in a safe, reliable condition, and to meet the requirements listed herein. Cost of acquisition of the system should be capitalized and recovered over a desired amortization period. Costs of expansion or upgrades of the system will be funded by the Contractor as capital investment and recovered over a period that is consistent with the Contractor's standard capital investment recovery process. Any substantial initial utility system upgrade or utility system replacement shall be initiated by the Contractor during the first year of the contract and shall be fully completed by the end of the first contract year.

H.1.2 *Capital Investment for System Upgrade/Enhancements (not associated with new or renovated facilities)*. The Contractor will be responsible for funding all capital investments required for system upgrades/enhancements. The Contractor will prepare budgetary cost estimates as requested by the federal Contracting Officer. The amortization period and capital recovery period shall be in accordance with the Contractor's standard methodology. The Contractor and the Government will discuss and negotiate the portion of Government pre-payment and the amortization period. Close cooperation between the Contractor and the Government will be paramount to a successful and rewarding contract.

## H.2 PROJECT REPORTS.

H.2.1 *Capital Improvement Plan*. The Capital Improvement Plan (CIP) shall identify major distribution system facility expansions, replacements, relocations, or abandonment as may be needed, identification of each project as a non-capital or capital related project, the amortization period and interest rate if applicable, and cost estimate. The Capital Improvement Plan shall describe the statement of need, estimated installed cost with detailed price components, project schedule for each improvement project or item, preliminary design data and backup calculations. The Capital Improvement Plan shall be submitted annually following the contract award date. An Initial Capital Improvement Plan shall be submitted as part of the Contractor's proposal to indicate major capital improvements planned for the first two (2) years of Contractor ownership of the Fort Hamilton utility distribution systems. The Initial Capital Improvement Plan shall contain the same level of detail as described for the annual Capital Improvement Plan described previously in this paragraph.

H.2.2 *Compliance Report*. The Compliance Report shall include the Contractor's documentation of meeting the requirements of paragraph C.7, Performance

Standards. The Contractor shall include sufficient detail for the Installation to verify that all required performance standards are currently being met by the Contractor. The Compliance Report shall include all calculations as required by the specifications cited in Paragraph C.7, Performance Requirements. The Compliance Report shall be submitted on a quarterly basis following the contract award date. A proposed Compliance Report shall be submitted as part of the Contractor's proposal to indicate how the Contractor plans to meet the requirements specified in Paragraph C.7, Performance Requirements with the existing Fort Hamilton utility distribution systems.

H.2.3 *O&M Plan.*

H.2.3.1 *Quarterly O&M Plan* The Operation and Maintenance Plan (O&M Plan) shall contain the actual expenditures of the Contractor to include actual manhours, labor mix and hourly rates, equipment used and time of equipment use, list of materials used, cost of materials used, all overhead components, and Administrative and General (A&G) expenses for each monthly period. The O&M Plan reporting period shall match the monthly billing period. The O&M Plan shall be submitted on a quarterly basis following the contract award date.

H.2.3.2 *Initial O&M Plan* An Initial O&M Plan shall be submitted as part of the Contractor's proposal to indicate the proposed manhours, labor hour costs, equipment used, time of equipment use, list of materials used, cost of materials used, all overhead components, and Administrative and General (A&G) expenses for the next upcoming 6 months.

H.2.3.3 *Summary O&M Plan* At the end of each calendar year the Contractor shall submit a Summary O&M Plan which indicates the year's expenditures in manhours, labor costs, equipment, equipment costs, materials, material costs, overhead costs and A&G costs. The Summary O&M Report shall also include a section containing lessons learned by the Contractor of the previous year of operation and ownership of the Fort Hamilton utility distribution systems and calculations of the New York PSC Order Adopting Changes to Standards on Reliability and Quality of Service dated 26 Feb 1997, the calculation of the System Average Interruption Frequency Index (SAIFI) and the Consumer Average Interruption Duration Index (CAIDI) shall exclude interruptions caused by the Electric Commodity Supplier, currently ConEd.

H.2.4 *Transition Plan* The Transition Plan shall address steps necessary for the Contractor to assume ownership of the Fort Hamilton utility distribution systems in a timely and efficient manner. The Transition Plan shall include a schedule for ownership transfer from the date of contract award for the Contractor to mobilize and initiate repairs, upgrades, or replacement to the Fort Hamilton utility distribution systems. Indicate the total time needed to be fully responsive to Fort Hamilton. The Transition Plan shall be submitted as part of the Contractor's proposal and will be not required thereafter.

H.2.5 *Service Restoration Plan.* The Service Restoration Plan shall include the Contractor's plan for restoration of distribution service for the Fort Hamilton electric, natural gas, potable water distribution and wastewater collection systems. Each utility system shall be

addressed individually. The Service Restoration Plan shall indicate the Contractor's plan to respond to the requirements stated in Paragraphs C.6.3 Outages (Normal Working Hours), C.6.4 Outages (Outside of Normal Working Hours), and C.6.5 (Emergency Outage) to include personnel resource availability and location. The Service Restoration Plan shall also include the priority of Fort Hamilton customers, considering health and safety requirements (if applicable) inside and outside (if applicable) of the Installation boundary. The Service Restoration Plan shall be submitted on an annual basis following the contract award date.

## H.3 RATES AND CHARGES.

H.3.1 *Rate Structure*. The Rate Structure for consolidated utility service shall consist of four (4) components: "Initial Upgrade", "Distribution Charge", "Capital Investments", and "Purchase Price".

H.3.2 *Monthly Consolidated Utility Service Charge*. The Monthly Consolidated Utility Service Charge shall be based on the estimated operations and maintenance costs from the Annual O&M Plan, capitalization principal, amortized payments and franchise fees. Said monthly charge shall be determined by the formula as follows and as illustrated in the Example Calculation of Monthly Consolidated Utility Service Charge provided as Table L-1:

MCUSC = [ (AIU + ADC + ACI - APP) □ BP ], where

| | | |
|---|---|---|
| MCUSC | = | Monthly Consolidated Utility Service Charge ($) |
| AIU | = | Annual Initial Upgrades ($) |
| ADC | = | Annual Distribution Charge ($) |
| ACI | = | Annual Capital Investments ($) |
| APP | = | Annual Purchase Price ($) |
| BP | = | Billing Periods per year (12) |

See Paragraph B.2 Definitions, for the definitions to the above terms..

## H.4 NEW YORK PUBLIC SERVICE COMMISSION JURISDICTION.

The Contractor shall provide written documentation if economic regulation is required by the New York Public Service Commission (NYPSC) and whether approval by the NYPSC of the contract is required prior to execution by the Contractor. See also Paragraph B.2.6 Alternate Proposals.

## H.5 ACCOUNTING PROCEDURES.

H.5.1 The Contractor shall separately record all costs and payments associated with the provision of electric, natural gas, potable water and wastewater utility service to the Installation using the prescribed National Association of Regulatory Utility Commissioner's (NARUC) Uniform System of Accounts (USOA), as supplemented by the Contractor's standard accounting procedures and generally recognized accounting practices and principles; provided, however, that such supplemental procedures and practices are fully consistent with the NARUC USOA.

H.5.2 The Government shall have the right at reasonable times and upon reasonable notice to inspect the Contractor's records as they relate to the performance or determination of rates under this contract.

## H.6 ELECTRIC, NATURAL GAS, POTABLE WATER AND WASTEWATER SYSTEM FACILITIES.

H.6.1 It is the intention of the Government to transfer ownership to the Contractor of all Government-owned facilities required to furnish electric, natural gas, potable water distribution, and wastewater collection service to Fort Hamilton, New York upon requesting and obtaining Department of the Army and/or Congressional approvals. Prior to obtaining the requisite approvals, all such facilities shall continue to be owned by the Government.

H.6.1.1 Title to such facilities shall transfer to the Contractor upon the receipt by the Contractor of the Government's written notice to this effect; provided, however, that the transfer of facility ownership shall be subject to reasonable reservations or conditions as set forth in the notice. The parties shall prepare and execute such additional documents as may be necessary to implement the ownership transfer. No buildings are anticipated to be transferred as part of this contract.

H.6.1.2 Upon the transfer of facility ownership from the Government to the Contractor, and unless otherwise provided for in this contract, the Contractor, at its expense, shall furnish, install, operate and maintain all facilities required for the distribution of electric, natural gas and potable water and collection of wastewater within the service premise. Title to all these facilities shall remain with the Contractor and it shall be responsible for all loss of or damage to these facilities, except that arising out of the fault or negligence of the Government, its agents or its employees. All taxes and other charges in connection therewith, together with all liability arising out of the negligence of the Contractor from the construction, operation or maintenance of these facilities, shall be assumed by the Contractor.

## H.7 LIMITED USE OF UTILITY SYSTEM FACILITIES.

The Contractor shall not use the privatized electric, natural gas, potable water collection or wastewater collection facilities of the Installation to serve or benefit areas or customers outside the service premise without the prior permission of the Government.

## H.8 TERMINATION LIABILITY.

The termination liability of the parties with respect to the provision of electric, natural gas, potable water and wastewater utility service under this contract shall be based upon FAR 52.241-10 Termination Liability (Feb 1995). See Section I, Contract Clauses.

## H.9 FORCE MAJEURE.

See FAR 52.249-14, Excusable Delays. See Section I, Contract Clauses.

## H.10 INSURANCE REQUIREMENTS.

The Contractor shall provide evidence of all insurance required below to the Contracting Officer prior to contract start date.

H.10.1 Worker's Compensation and Employee's Liability Insurance: Compliance with applicable worker's compensation and occupational disease statutes shall be required. In jurisdictions where all occupational diseases are not compensable under applicable law, insurance for occupational disease shall be required under the employer's liability section of the insurance policy; however, such additional insurance shall not be required where contract operations are so commingled with a contractor's commercial operations so that it would be impractical to require such coverage. Employer's liability coverage or monopolistic funds that do not permit the writing of workers' compensation by private carriers will not be allowed.

H.10.2 General Liability Insurance: Bodily injury liability insurance, in the minimum limits of $500,000 per occurance, shall be required on the comprehensive form of policy; however, property damage liability insurance ordinarily shall not be required.

H.10.3 Automobile Liability Insurance: This insurance shall be required on the comprehensive form of policy and shall provide bodily injury liability and property damage liability covering the operation of all automobiles used in connection with the performance of the contract. The minimum limits of $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage shall be required.

H.10.4 An endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective until thirty (30) days after the Insurer or Contractor provides written notice to the Contracting Officer.

H.10.5 If the Contractor has catastrophic insurance, then the Contractor should provide a copy of the coverage to the Contracting Officer.

Note: It is recommended that the Contractor furnish a copy of the foregoing requirements to its insurance company, in order to assure that an insurance certificate is issued meeting the minimum requirements shown. The insurance

Solicitation No. DACA51-99-R-0006

# RESPONSE TO REQUEST FOR PROPOSAL TO OWN, OPERATE AND MAINTAIN ELECTRICAL, NATURAL GAS, POTABLE WATER AND WASTEWATER UTILITY SYSTEMS AT FORT HAMILTON, NEW YORK

## COST PROPOSAL
## FINAL PROPOSAL REVISION

--

## ENRON FEDERAL SOLUTIONS, INC.

## AUGUST 27, 1999

This Proposal contains confidential and proprietary, trade secret information of Enron and its subsidiaries and, unless otherwise required by law, shall not be disclosed by you to any third parties other than those parties who are representing you in connection with the RFP and who need to know such information and have agreed to keep such information confidential. You shall not use this Proposal other than for purposes of completing a transaction with Enron. You shall notify Enron as soon as reasonably possible prior to making any disclosures deemed necessary as a matter of law. At the request of Enron, you shall return this Proposal to Enron.



Attachment 2

# RESPONSE TO REQUEST FOR PROPOSAL TO OWN, OPERATE AND MAINTAIN ELECTRICAL, NATURAL GAS, POTABLE WATER AND WASTEWATER UTILITY SYSTEMS AT FORT HAMILTON, NEW YORK

Enron Federal Solutions, Inc. ("EFSI"), a subsidiary of Enron Energy Services Operations, Inc. ("EESO"), which is subsidiary of Enron Corp. ("Enron"), is pleased to present this Final Proposal Revision ("Proposal") to own, operate, and maintain the Fort Hamilton ("Fort Hamilton" or "Post" or "Government") utility systems (electrical, natural gas, potable water, storm water and wastewater). For purposes of this Proposal, the terms "you" and "your" shall refer to Fort Hamilton and the terms "we" and "our" shall refer to EFSI.

We prepared a cross reference matrix which is presented following the Table of Contents. The index references the Government's questions to a sequential numbering system and provides the location of the response by page number. Each reference number is located in the margin next to the response. Text which has been updated to reflect modifications in our original proposal is printed in blue. Text which has been updated to reflect provisions contained in Amendment 7 is printed in green.



... contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

# TABLE OF CONTENTS

FORT HAMILTON FINAL PROPOSAL REVISION CROSS REFERENCE

EXECUTIVE SUMMARY

STANDARD FORM 33

PRICING

1.0 Pricing (L.10.3; B.2; Schedule B-1) ... 1
1.1 Pricing Structure ... 2
2.0 Cost Recovery Methodology ... 4
2.1 Operation & Maintenance Costs ... 4
2.2 Initial Capital Improvements/Upgrades ... 8
2.3 Ongoing Capital Expenditures ... 8
2.4 Responses to Questions ... 11
2.5 Contingency Funds Discussion ... 13
2.6 System Acquisition Costs ... 14
2.7 Miscellaneous Items ... 14
2.8 General & Administrative Costs ... 14
2.9 Profit Margin ... 14
2.10 Method of Accounting ... 14
2.10.1 General Information ... 14
2.10.1.1 Direct Costs ... 15
2.10.1.2 Overhead Pools ... 15
3.0 Schedule B-1 ... 17

REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

TERMS AND CONDITIONS – CONDITIONS, EXCEPTIONS, ASSUMPTIONS AND CLARIFICATIONS TO CONTRACT LANGUAGE

NEW YORK PUBLIC SERVICE JURISDICTION

SUBCONTRACTING PLAN SUBMITTED IN ACCORDANCE WITH PUBLIC LAW 95-507

ATTACHMENT A

000013

# EXECUTIVE SUMMARY – THE ENRON APPROACH

## NEW CHALLENGES

The Department of Defense is in a constant state of change – forced down sizing, A-76 studies, base realignment and closure, major organizational changes, and world-wide contingencies. Executive order 12902 mandated that the Department of Defense reduce energy costs 30 percent by the year 2005. Defense Secretary William Cohen has mandated through DRID 9 and 49 that most government owned utility systems be privatized by year 2003. The Military Departments are attempting to focus on core competencies such as readiness, training and warfighting. Non-core functions that compete for the valuable resources of the military are being outsourced or privatized. ENRON believes that by eliminating the requirement to manage non-core utility functions, the military will be able to concentrate on other more pressing concerns. Further, the quality of life of the soldier will be enhanced through implementation of our innovative techniques to upgrade facilities.

## THE ENRON APPROACH

ENRON is a leader in the energy and utility infrastructure business worldwide. We believe that our core competencies are perfectly aligned to assist the Army in achieving its goal to upgrade and privatize utility systems. ENRON 's leadership, skill sets and capabilities will enable us to provide high quality, reliable, environmentally sound and safe services to the Army.

ENRON, one of the world's largest independent power plant owner/operators, is building energy infrastructure for today and for the future. ENRON brings the ability to raise capital; manage large, complex infrastructure projects; provide risk management services, and institute operational efficiencies through privatization efforts like Fort Hamilton.

ENRON's focus is to provide the *best value* to the Army at Fort Hamilton for this RFP. Our privatization approach is based on achieving *best value*. We assembled experts to evaluate the Post's utility systems and consider the life cycle costs of each system. The resulting evaluation is the basis for our decision to repair, partially replace, or totally replace each system. The benefits of lower life cycle costs are reflected in the estimated O&M equipment, materials and labor costs for the contract term which we believe will be considerably less because we are replacing or upgrading the in-place systems and we can leverage the buying power of a large, Fortune 100 company. By implementing ENRON's commercial utility systems management best practices, we believe that operational efficiency will increase due to our experience managing commercial, fixed priced contracts where efficiency means profit and continuing business relationships. The Army and ENRON share a mutual goal: Providing safe, reliable, environmentally sound, code compliant and high quality utility systems. Our recommendations for the privatization of the Fort Hamilton utility systems are:

- Replace the water system — it is at the end of its useful life
- Replace the natural gas distribution system — it is at the end of its useful life

August 27, 1999
Fort Hamilton, New York
Solicitation No. DACA51-99-R-0006
Cost Proposal
Final Proposal Revision

**Enron's Winning Approach**

| [illegible] | Approach | Methodology | Benefits |
|---|---|---|---|
| Aging Infrastructure | Replace/Repair utility infrastructure to state-of-the-practice | • Immediate infusion of capital<br>• Effective Project Management<br>• Frontload capital improvements | • Continuity of service<br>• Modernized infrastructure<br>• Lower life cycle costs i |
| Funding/ Appropriations | Raise capital and fund projects | • Acknowledged leader in risk management<br>• Unparalleled access to capital markets | • Competitive cost of capital<br>• Amortization of large capital expenditures<br>• Dependable source of capital |
| Compliance with codes, standards, regulations | Implement aggressive modernization program | • Continued due diligence<br>• Replace/repair systems according to current codes, standards and regulations | • Improved safety and reliability of utility systems |
| Focus on Core Competencies | Implement Enron's commercial utility systems management best practices | • Augment workforce with specialized skills<br>• Install experienced utility managers | • Allows Government to focus on core activities<br>• Highly trained workforce<br>• High quality of service<br>• Improved quality of life<br>• Increased operational efficiency |
| Contractor Responsiveness | • Partner with Post<br>• Employ sound project management | • Effective communication with Post<br>• Preventative maintenance<br>• Capital investment<br>• Appropriate staffing | • Vested interest in system performance<br>• Meet performance standards of the contract |

CQ 1

- Make significant upgrades (replace first and second aerial poles moving out from the substation; upgrade wires to stranded aluminum with a steel center; replace seven pole-mounted transformers with pad-mounted transformers) to the electrical distribution system — it is sound, but requires repair

CQ 2

- Separate the wastewater discharge system from the storm water discharge system — the waste water system is old but functional and will handle the storm water requirements for the Post. The wastewater (sanitary) system will be replaced up to the service lateral connection of each building.
- Maintain superb system performance and long life by implementing a complete system Operations and Maintenance (O&M) plan. The O&M plan is described in paragraph 1.3 of the Technical Proposal and the Cost Proposal.

CQ 4

ENRON expects to complete the recommended projects within the first year of the contract. The end result will be state-of-the-art utility distribution/collection systems that will operate efficiently well beyond the 10-year contract term. We view the proposed contract as a long-term opportunity, not just 10 years, and support the language contained in the DOD Fiscal Year 2000 appropriations bill allowing a 50-year contract term for privatization. Our approach recognizes that contractor responsiveness is tied to effective communication with the DPW, on-time preventive main-

tenance by qualified personnel, and efficient utility systems that function as designed. Therefore we have a vested interest in ensuring that we are responsive to the Post's needs and concerns during the 10-year contract term and beyond.

We suggest an ENRON and Fort Hamilton Partnership. ENRON will enter into a partnering agreement with the Fort Hamilton team, in accordance with the Commanding General of the Corps of Engineers policy memorandum number 5. Partnering constitutes a mutual commitment by all parties with the primary objective of improved contract performance through enhanced communications. The application of partnering principles facilitates the manner in which all parties interact. It is not, however, a means to compromise or waive contractual requirements.

The partnering process will minimize time consuming and costly disputes by facilitating communication and problem solving for the benefit of all the stakeholders. More importantly, mutual trust is created between the partners. ENRON proposes to implement this partnership by establishing, with the commander of Ft. Hamilton, a common forum for communicating ideas and implementing change.

## ENRON IS A LEADER

Internationally, ENRON is one of the largest independent developers and producers of electricity and is a leading participant in liberalized energy markets in the United Kingdom and the Nordic countries. ENRON also markets natural gas liquids and is a major supplier of wind energy worldwide. The company has clearly established itself as a leader in the creation and operation of energy and water infrastructure assets and holds several *key* leadership positions in the industry.

- Ranked world's the top power company by Forbes Magazine supplement (January 1999)
- Ranked first in innovation in survey conducted by Fortune Magazine (1996, 1997, 1998, 1999)
- Ranked first in every category of natural gas and electricity risk management principals in survey conducted by Risk Magazine (1997)
- Ranked the number 1 pipeline company in survey conducted by Fortune Magazine for five years (1994 through 1999)
- Largest Power Provider in the US
- Largest Natural Gas Merchant in the US
- One of the world's largest integrated gas and electric companies
- Fortune 100 company (ranked 29th)
- $30 billion in assets

ENRON operates nine power plants in six countries with a combined capacity of more than 5,500 MW as well as water capacity in excess of 50 MGD. We manage the transmission of more than 192 million kWh of transactions and nearly 25,000 miles of transmission line through our Portland General Operation. With approximately 32,000 miles of pipelines on two continents, ENRON has additional pipelines and power and water projects under development throughout the world. We currently operate and maintain water and wastewater concessions in Mendoza, Argentina (1.1 million water customers and .9 million wastewater customers); Cancun, Mexico (390,000 customers); and for AGOSBA (2 million customers) in Argentina.

August 27, 1999
Fort Hamilton, New York
Solicitation No. DACA51-99-R-0006
Cost Proposal
Final Proposal Revision

## THE FUTURE

CQ 10

Our privatization approach will provide new and renovated utility systems that will function reliably and safely well into the 21st century. Our replacement and upgrade approach is focused on twenty-five year life cycle planning. We look forward to teaming with the military to improve standards and safety on military installations nationwide. Our soldiers, airmen, marines and sailor deserve the best.



We will demonstrate in our technical and management approaches how ENRON can bring new technology and 21st century utility systems to Fort Hamilton.

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF PAGE 125

2. CONTRACT NO. DACA51-00-C-0001
3. SOLICITATION NO. DACA51-99-R-0006
4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP)
5. DATE ISSUED 1/22/99
6. REQUISITION/PURCHASE NO. W16ROE-8323-0698

7. ISSUED BY CODE e3p0500
CONTRACTING - CONTRACTS BRANCH
26 FEDERAL PLAZA
ROOM 1843
NEW YORK, NY 10278

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 7 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in U.S. Army Corps of Engineers until 1200 (Hour) local time 03/19/99 (Date)

CAUTION – LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME Ira Ohrvashel | B. TELEPHONE NO. (NO COLLECT CALLS) (212) 264-0154 | C. E-MAIL ADDRESS

## 11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 17 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 27 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | 19 | X | J | LIST OF ATTACHMENTS | 18 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 12 |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 2 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 15 |
| | | SPECIAL CONTRACT REQUIREMENTS | 10 | | M | EVALUATION FACTORS FOR AWARD | 2 |



## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within 120 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS %

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| 001 3/2/99 | 003 3/22/99 | 005 4/9/99 | 007 8/19/99 |
| 002 2/24/99 | 004 4/1/99 | 006 7/7/99 | |

15A. NAME AND ADDRESS OF OFFEROR — CODE 1FVU8 FACILITY
Enron Federal Solutions, Inc.
1400 Smith Street
Houston, TX 77002

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
William Votaw
President

15B. TELEPHONE NO. (Include area code) (713)853-7112
15C. ☐ CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE.
17. SIGNATURE [signature]
18. OFFER DATE 8/27/99

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED
20. AMOUNT
21. ACCOUNTING AND APPROPRIATION
21820500000 088011 25C20024P870000000000 ...

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304 (c)( ) ☐ 41 U.S.C. 253 (c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ITEM

24. ADMINISTERED BY (If other than Item 7) CODE
25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or Print)
Ella D. Snell
Contracting Officer

27. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer)
28. AWARD DATE 9 Dec 02

IMPORTANT – Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33
Prescribed by

Attachment 3

000018

Standard Form 33

Continuation Sheet

This contract is awarded to include Contract Line Items 0001 through 0050 for a total amount of 25 million one hundred fifty one thousand five hundred fifty seven dollars and thirty cents ($25,151,557.30) incorporating the solicitation DACA51-99-R-0006 as amended by amendments 0001 through 0010, dated 2 March 1999, 24 February 1999, 22 March 1999, 1April 1999, 9 April 1999, 7 July 1999, 19 August 1999, 3 September 1999, 21 September 1999 and 24 November 1999, respectively. Additionally, the contract incorporates Enron's Final Technical Proposal, dated 28 July 1999, Enron's Final Price Proposal, dated 27 August 1999, and pending approval of Enron's Subcontracting plan, dated 1 December 1999.

This contract also incorporates the attached MDW letter, dated 23 September 1999, and is issued subject to availability of funds (refer to FAR 52.232-18, amendment 0008).

Funds in the amount of $2,335,155.73 are available for the first year of this project using the following citation:

2102020 0000 0 40 1012 131079J3000 00000000000000 4EJD CF S49092

**DEPARTMENT OF THE ARMY**
U.S. ARMY MILITARY DISTRICT OF WASHINGTON
ACQUISITION CENTER
9410 JACKSON LOOP, SUITE 101
FORT BELVOIR, VIRGINIA 22060-5134

REPLY TO
ATTENTION OF

26 February 2002

Construction Branch

SUBJECT: Final Decision Letter Concerning Failure to Perform Under Contract Number DACA51-00-C-0001: Enron Federal Solutions, Inc.

ENRON FEDERAL SOLUTIONS, INC. (EFSI)
Attn: Mr. Michael Mann, Vice President
1400 Smith Street
Houston, TX 77002

National Registered Agents, Inc.
Re: ENRON FEDERAL SOLUTIONS, INC. (EFSI)
9 East Loockerman Street
Dover, DE 19901

To whom it may concern:

On 3 December 2001, the staff of EFSI ceased performance under the referenced contract, apparently as a result of EFSI's parent company, Enron Corporation, filing for bankruptcy. By cure notice dated 5 December 2001, EFSI was notified that its decision to cease performance constituted a default under the contract and that the contract would be terminated for default unless EFSI provided appropriate jobsite staffing and gave written notice of its intent to resume performance by 28 December 2001. No formal response to the cure notice has been received, and EFSI has not resumed performance of the contract. Further, in a telephone conference held between representatives of EFSI and the undersigned on 24 January 2002, EFSI admitted it was in default and informed the Government that it did not intend to resume performance.

Also, on 21 December 2001, EFSI filed a petition for reorganization in bankruptcy with the U.S. Bankruptcy Count for the Southern District of New York. Although FAR Clause 52.242-13 requires the Contractor to notify the Government of bankruptcy filing, no such notice was provided for EFSI's 21 December 2001 filing. The Government became aware of the filing through other means.

Presently, performance has ceased. Subsequently, EFSI has failed to complete the Government's requirement under the subject contract, which provided for the completion of the repair and/or replacement of the electrical, gas, potable water, and wastewater/storm water distribution systems, as well the requirement for operation and maintenance of all four (4) systems.

Non-performance is not excused. I hereby make the Final Decision that the subject contract is completely TERMINATED FOR DEFAULT under the clause entitled "Default (Fixed-Price Supply and Service) (Apr 1984)", FAR 52.249-8. This termination is entered in accordance with an Order issued by the U.S. Bankruptcy Court for the Southern District of New York, dated 25 February 2002.

This is the Final Decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000.00 or less or its accelerated procedure for claims of $100,000.00 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C.603, regarding Maritime Contracts) within 12 months of the date you receive this decision. Mail or otherwise furnish written notice to the Board of Contract Appeals and provide a copy to the Contracting Officer from whose decision the appeal is taken.

If you appeal to the Board of Contract Appeals, the address is as follows:

Armed Services Board of Contract Appeals
Skyline Six - Room 703
5109 Leesburg Pike
Falls Church, VA 22041-3217

You are required to acknowledge receipt of this decision by signature and date in the space provided below. Please return the signed copy to this office.

Sincerely,

WILLIAM E. CAMPBELL, JR.
Contracting Officer

Encl

CF:
Andrew Ralston, Attorney
Liberty Bond Company

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | |
|---|---|---|
| 1. CONTRACT ID CODE | PAGE OF PAGES | 1 / 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| | 26-Feb-2002 | W16ROE-8323-0698 | |

| 6. ISSUED BY CODE DADW35 | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| MILITARY DISTRICT OF WASHINGTON<br>9410 JACKSON LOOP STE 101<br>FORT BELVOIR VA 22060-5134 | See Item 6 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| ENRON FEDERAL SOLUTIONS, INC.<br>WILLIAM VOTAW<br>1400 SMITH STREET<br>HOUSTON TX 77002 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>DACA51-00-C-0001 |
| CODE 1FVU8 FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>23-Mar-2000 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
FAR 52.249-8, "DEFAULT (FIXED-PRICED SUPPLY AND SERVICE) (APR 1984)"

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

UTILITIES PRIVATIZATION, FORT HAMILTON MILITARY COMMUNITY, BROOKLYN, NEW YORK

PURPOSE: TERMINATION FOR DEFAULT

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | WILLIAM E. CAMPBELL, JR / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY [signature] (Signature of Contracting Officer) | 26-Feb-2002 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

000022

Attachment 5

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Section G

Summary for the Payment Office

The total funded amount of the contract remains unchanged.

UTILITIES PRIVATIZATION, FORT HAMILTON, NEW YORK

Notice of Complete Termination

A. Effective date of Termination. You are notified that Contract No. DACA51-00-C-0001 (referred to hereafter as "the contract") is completely TERMINATED FOR DEFAULT under the clause entitled "Default (Fixed-Price Supply and Service)(APR 1984)", FAR 52.249-8. The termination is effective 26 February 2002.

B. On 3 December 2001, Enron Federal Solutions, Inc. (referred to hereafter as "the Contractor") ceased all performance under the referenced contract. This non-performance constitutes default on the part of the Contractor. Subsequently, the contractor's right to proceed further is effectively terminated.

C. All supplies or services terminated may be purchased against the Contractor's account, and the Contractor will be held liable for any excess cost.

D. This notice of termination confirms that the failure of the Contractor to perform is not excusable. However, the Contractor has the right to appeal this termination under the Disputes clause (52.233-1).

E. The Government reserves all rights and remedies provided by law and under the referenced contract in addition to charging excess cost.

F. Effectively, this notice of termination constitutes the decision that the Contractor is in default as specified. The Contractor has the right to appeal this decision under the Disputes clause (52.233-1).

Acknowledgement of Notice

The undersigned acknowledges receipt of a signed copy of this Notice on (date)____________. Two signed copies of this Notice are returned herewith.

By:______________________ Title:____________________

______________________

ENRON FEDERAL SOLUTIONS, INC.