# APPENDIX:
# PLAINTIFFS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS THREE AND FOUR AND FOR SUMMARY JUDGMENT WITH REGARD TO PLAINTIFFS' (EFSI'S) COMPLAINT

ELECTRONICALLY FILED ON JUNE 2, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC., et.al.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-1000C (04-254C)** |
| | ) | **(Consolidated)** |
| **UNITED STATES OF AMERICA,** | ) | **(Judge Block)** |
| **Defendant.** | ) | |

**DECLARATION OF SCOTT MILLS**

I, Scott Mills, hereby declare as follows:

1. My name is Scott Mills, and I am the President and Chief Operating Officer of Enron Federal Solutions, Inc. ("EFSI").
2. In the course of my employment, I have been responsible for overseeing the administration of Contract DACA51-00-C-0001 on behalf of EFSI.
3. In that capacity, I have become familiar with the contract, related documents and correspondence.
4. Attachment 1 to the Declaration consists of a true and correct copy of the cover letter from EFSI's submission of its technical proposal, which was submitted July 28, 1999.
5. Attachment 2 to the Declaration consists of a true and correct copy of the cover letter from EFSI's submission of its Cost Proposal, Final Proposal Revision, which was submitted August 27, 1999.
6. Attachment 3 to the Declaration consists of true and correct copies of pages excerpted from DACA51-99-R-0006.
7. Attachment 4 to the Declaration consists of true and correct copies of pages excerpted from EFSI's Cost Proposal, Final Proposal Revision, submitted August 27, 1999.

8. Attachment 5 to the Declaration consists of true and correct copies of pages excerpted from Section I of Contract No. DACA51-00-C-0001.
9. Attachment 6 to the Declaration consists of true and correct copies of pages excerpted from Amendment 0003 to DACA51-99-R-0006.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 1, 2006

PHK 6.1.06

Scott Mills

ENRON

**William J. Votaw**
*President*

**Enron Federal Solutions, Inc.**
*A Subsidiary of Enron Energy Services, Inc.*
*P. O. Box 1188*
*Houston, TX 77251-1188*
*(713) 853-7112*
*Fax (713) 646-8078*

July 27, 1999

Ms. Ina Ohrwashel
26 Federal Plaza
Room 1843
New York, New York 10278

RE: Solicitation No. DACA51-99-R-0006 to Own, Operate and Maintain Electrical, Natural Gas, Potable Water and Wastewater Utility Systems at Fort Hamilton, New York

Dear Ms. Ohrwashel:

Enron is pleased to submit its proposal in response to the above referenced solicitation. We are in receipt of Amendments 0001, 0002, 0003, 0004, 0005 and 0006 to the RFP.

Enron Federal Solutions, Inc. (EFSI) a subsidiary of Enron Energy Services Operations, Inc. (EESO), was formed to be Enron's single point of contact and supplier of choice for the Federal Government's Energy Service and Privatization procurements. Our consolidated Federal Government approach is based on best commercial practices and our proven commercial approach.

Please contact L. Dean Tarbet if you have comments or wish to discuss our proposed solution.

L. Dean Tarbet
Vice President
1775 Eye Street N. W., Suite 800
Washington, D.C. 20006
Ph: 202-466-9167
Fax: 202-835-0971

Sincerely,

ENRON FEDERAL SOLUTIONS, INC.

William J. Votaw
President

Natural gas. Electricity. Endless possibilities.™

**Attachment 1**

**Enron Energy Services**
*P. O. Box 1188*
*Houston, TX 77251-1188*

**William J. Votaw**
*President*

**Enron Federal Solutions, Inc.**
*A Subsidiary of Enron Energy Services, Inc.*
*(713) 853-7112*
*Fax: (713) 646-8078*

August 27, 1999

Ms. Ella Snell
26 Federal Plaza
Room 1843
New York, New York 10278

RE: Solicitation No. DACA51-99-R-0006 to Own, Operate and Maintain Electrical, Natural Gas, Potable Water and Wastewater Utility Systems at Fort Hamilton, New York

Dear Ms. Ohrwashel:

Enron is pleased to submit its Cost Proposal, Final Proposal Revision dated August 27, 1999 in response to the above referenced solicitation. The Technical Proposal, Final Proposal Revision dated July 28, 1999 previously submitted is still valid. We are in receipt of Amendments 0001, 0002, 0003, 0004, 0005, 0006 and 0007 to the Request for Proposal.

Enron Federal Solutions, Inc. (EFSI) a subsidiary of Enron Energy Services Operations, Inc. (EESO), was formed to be Enron's single point of contact and supplier of choice for the Federal Government's Energy Service and Privatization procurements. Our consolidated Federal Government approach is based on best commercial practices and our proven commercial approach.

Please contact L. Dean Tarbet if you have comments or wish to discuss our proposed solution.

L. Dean Tarbet
Vice President
1775 Eye Street N. W., Suite 800
Washington, D.C. 20006
Ph: 202-466-9167
Fax: 202-835-0971

Sincerely,

ENRON FEDERAL SOLUTIONS, INC.

William J. Votaw
President

## C.3 REQUIREMENT.

Subject to the terms and conditions hereinafter set forth, the Contractor shall furnish all facilities, labor, materials, tools, and equipment necessary to own, maintain and operate the Fort Hamilton electric, natural gas and potable water distribution systems and the wastewater collection system. The Contractor shall manage the operation, maintenance, repairs, replacement, extension and/or removal of all or portions of the electric, natural gas, potable water and wastewater utility systems to ensure that adequate and dependable utility service is provided to each Government or tenant connection within the service premise. The Contractor shall be responsible for funding all capital investments required to acquire, maintain and operate the Fort Hamilton electric, natural gas, potable water and wastewater utility distribution systems in a safe, reliable condition in accordance with the requirements listed herein (see paragraph C.7 Performance Standards). The Contractor shall assume ownership of the Fort Hamilton electric, natural gas, potable water and wastewater utility systems within the service premises including all ownership liability. The transfer of ownership of the Fort Hamilton utility systems will be accomplished through easements to be executed by the U.S. Army Corps of Engineers, New York District, Real Estate Office. A sample utility easement is attached in Section J, List of Attachments.

## C.4 OWNERSHIP AND DISPOSITION OF FACILITIES.

C.4.1 *Ownership*. It is the intent of the Government to convey all electric, natural gas, potable and wastewater distribution/collection facilities at Fort Hamilton to the Contractor and the Contractor shall assume full ownership and associated liabilities for such facilities. The purchase of electricity, natural gas, potable water and sewage treatment will not be part of this RFP. This RFP and the resulting contract shall not affect the current contractual procurement of these utility commodities. The Contractor shall not sell or transfer ownership or responsibility for operations and maintenance without prior written approval of the Government. The Government's decision to withhold approval shall not be subject to the Disputes provision of this contract contained in Section I, Contract Clauses.

C.4.2 *Secondary Meters*. Fort Hamilton will continue full ownership of all existing secondary meters. The Government reserves the right to have the Contractor install meters on all buildings served by the distribution system. The cost of such installations will be paid by Fort Hamilton.

C.4.3 *Tools and Equipment*. Unless otherwise specified, government-owned tools, vehicles and equipment that are not a physical part of the electric, natural gas, potable water or wastewater utility systems and are used by the Government for system operation and maintenance will remain the property of the Government.

C.4.4 *Disposition of Removed or Salvaged Materials*. The removal and disposition of facilities and materials that are not used and useful for the purpose of providing utility services within the Installation shall be the responsibility of the

Contractor. The net value, if any, of such scrapped or salvaged facilities or material shall be retired and tracked by the Contractor's accounting procedures.

C.4.5 *Contractor's Facilities.* Unless otherwise provided for in this contract, the Contractor, at its expense, shall furnish, install, operate and maintain all facilities required to furnish the service hereunder. Title to all these facilities shall remain with the Contractor and it shall be responsible for all loss of or damage to these facilities, except that arising out of the fault or negligence of the Government, its agents, or its employees. All taxes and other charges in connection therewith, together with all liability arising out of the negligence of the Contractor from the construction, operation or maintenance of these facilities shall be assumed by the Contractor.

C.4.6 *"As Built" Drawings.* The Installation will provide "as-built" drawings to the Contractor as available in current condition. The Contractor shall maintain "as built" drawings for all new or renovated facilities installed by the Contractor on the service premises. The Government may inspect and copy such drawings. The Contractor shall provide available drawings to the Government in a format specified by the Fort Hamilton DPW within 30 days from the completion of all utility distribution projects on the Installation.

C.4.7 *Disposition Upon Expiration or Termination.* Upon expiration or termination of this contract, the Government shall have the option to negotiate a sole source contract with the Contractor or reacquire the facilities as described in Section H. Reacquisition of the utility facilities will be performed only when it is determined to be in the best interest of the Government. This determination may be based upon, but not be limited to, the following: where life-cycle cost analysis based on costs incurred during the term of this contract indicate that it is more cost effective for the Government to own and operate the system after expiration of this contract; poor performance by the Contractor; determination that the Contractor has not dealt fairly with the Government in pricing of services or in installation of additional (excess or unnecessary) distribution/collection facilities in order to make more profit; or failure of the Contractor and the Government to negotiate a new contract. The Contractor's unrecovered investment will be determined as set forth in Paragraph H.9, Termination Liability. See also Termination for Default, Termination for the Convenience of the Government, and Termination Liability, in Section I, Contract Clauses.

C.4.8 *Right Of First Offer.*

C.4.8.1 The Contractor shall not sell or agree to sell all or any part of the Fort Hamilton Utility Distribution Systems in a single transaction or a series of related transactions without first offering to sell the system(s) to the Government. Prior to the Contractor entering into an agreement for the marketing of any portion of the Utility Distribution Systems in a single transaction or a series of transactions or otherwise selling or agreeing to sell any portion of the Utility Distribution Systems in a single transaction

space allowances on the pole line for each user; and the charge for replacement of poles (at the user's request). The Contractor shall allow cable television joint use attachments at no charge to Fort Hamilton until after the expiration of the Installation's current contract with the Fort Hamilton cable television provider. After the Fort Hamilton cable television contract expires, the Contractor assumes responsibility to negotiate a new joint-use agreement with the cable television provider.

## C.16 JOINT USE OF A UTILITY DUCTBANK.

The Government reserves the right to utilize existing or replacement ductbank on the service premise without charge where existing supply and/or signal/communication cables are installed with supply cables to be transferred to the Contractor. Such ducts will be identified by the Government as part of its inventory before the transfer of Government-owned assets (after award of the contract).

## C.17 SUPPORT SERVICES / UTILITIES.

The Contractor will be provided office space of approximately 500 s.f. located within the Fort Hamilton installation. Also provided will be 2 vehicle parking spaces. If the Contractor locates utility distribution support facilities in the Government furnished space, the following services and utilities shall be provided and billed to the Contractor at a rates consistent with other non-Army tenants:

a. Natural Gas
b. Electricity
c. Sewage
d. Potable Water
e. Refuse Collection
f. Contractor responsible for telephone connection and payment

## C.18 DURATION OF CONTRACT.

The Contractor agrees to furnish and the Government agrees to purchase electrical, natural gas, potable water utility distribution service and wastewater collection service as set forth in this section for a period of ten (10) years, unless paragraph C.4.7., Disposition Upon Expiration or Termination becomes effective. The Contractor shall have an obligation to provide electric, natural gas, potable water and wastewater utility distribution/collection service to Fort Hamilton notwithstanding the term of this contract. This contract, including all applicable terms and conditions, shall be for a term of 10 years from the date signed by the federal Contracting Officer and shall continue thereafter unless terminated at the option of the government by the provision of written notice not less than 90 days in advance of the effective date of termination.

## C.19 SURPLUS MATERIALS.

## 1.0 PRICING *(L.10.3; M.2; SCHEDULE B-1)*

EFSI's privatization approach is based on providing *best value* to Fort Hamilton and achieving cost realism. Our preliminary due diligence has confirmed that these systems are old and have reached the end of their useful life. According to the Guernsey Report, the natural gas, potable water and sanitary systems were installed in 1950, making them nearly 50 years old. It is reasonable to assume that these systems will continually cost more to maintain and will suffer catastrophic, localized failures. We propose total replacement of two systems, the natural gas and potable water, upgrade of the existing electrical system, and separation of the wastewater and storm water collection system to:

- Ensure reliable, high-quality utility service to the military personnel, their families and the tenants of Fort Hamilton
- Ensure that all four major utility systems meet current state and local codes and environmental regulations
- Achieve a standard that will provide Fort Hamilton with dependable, safe utility service well into the 21st Century.

A7 It is the intention of EFSI to own those Government facilities transferred under the terms of the resulting contract that are required to furnish electric, natural gas, and potable water distribution system services and storm water and wastewater collection services to Fort Hamilton, New York. Title to such facilities shall transfer to EFSI upon the receipt by EFSI of the Government's written notice to this effect; provided, however, that the transfer of facility ownership shall be subject to reasonable reservations or conditions as set forth in the notice. The parties shall prepare and execute such additional documents as maybe necessary to implement the ownership transfer. EFSI at its own expense shall furnish, install, operate and maintain all facilities required for the distribution. Title to all these facilities shall remain with EFSI and it shall be responsible for all loss of or damage to these facilities, except that arising out of the fault or negligence of the Government, its agents or its employees. Upon expiration or termination of this contract, the Government shall have the option to negotiate a sole source contract with EFSI or reacquire the facilities.

EFSI proposes to take title to and provide operations and maintenance (O&M) for the electric, potable water, wastewater (sanitary) and storm water systems upon contract award and negotiation and signing of the easement document. Upon A7 separation of storm water discharge from the wastewater system, title shall be adjusted to reflect contractor ownership of both systems. EFSI will not assume ownership of the existing natural gas system; however, EFSI will own the replacement distribution system upon its commissioning and the abandonment of the current system. EFSI will provide O&M services for the current natural gas distribution system until it is decommissioned and for the replacement system following its commissioning.

EFSI will complete the recommended projects by the end of the first year of the 10-year contract term. The end result will be state-of-the-art utility distribution/collection systems compliant with all Federal, state, and local laws, regulations, standards and codes.

Our general plan calls for the abandonment in place (or removal as specified by the Engineer) of the existing natural gas lines and replacement of the system distribution lines up to the service lateral line connections to each building. We propose to install a new, state-of-the-art natural gas distribution system of Thermoplastic Gas Pressure Pipe,

Attachment 4

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

Tubing, and Fittings that provides pressure verification points and complies with all aspects of the federal, state and local safety and environmental regulations and codes. A7 EFSI has identified a potential vendor for the thermoplastic gas pressure pipe. tubing and fittings that may be used at Fort Hamilton. These specifications are provided in Attachment A.

Our general plan calls for the replacement of the first and second electric aerial poles, and associated copper wires, insulators, and cross-arms moving out from the substation. We will also upgrade various poles, lighting, wiring, manholes, cutouts and pullboxes throughout the base as required. This includes the seven pad-mounted transformers indicated in the Guernsey Report and any other transformer required to bring the base up to code and in compliance with all aspects of the federal, state and local safety and environmental regulations and codes.

The general plan calls for excavation and removal of the existing potable water lines and installation of a new state of the art potable water distribution system. The potable water system will be replaced up to the service lateral connections to each building.

The general plan calls for separation of the sanitary system from the storm water system and installation of a separate sanitary system. The sanitary water system will be replaced up to the service lateral connections of each building.

Our offer is valid for 120 days from the date of submission of this Final Proposal Revision.

### 1.1 PRICING STRUCTURE

In general, all costs associated with this proposal are included in a firm fixed price. Our approach fulfills the Government's criteria and offers the contractor incentive to improve system and operational efficiency.

EFSI will take title to the electric, natural gas and potable water distribution systems and wastewater and storm water collection systems, providing safe, reliable code and regulatory compliant operations and maintenance (O&M) services for the 10-year contract term. EFSI offers the Government a fixed price to provide these services. The benefits provided to the Government by our fixed price approach are detailed in the following paragraphs.

- *Minimizes Government Oversight.* The fixed price approach ensures that the outlined program will be achieved at the proposed costs, thereby eliminating the need for intensive Government oversight. EFSI's Cost Proposal outlines the proposed maintenance, upgrade and replacement programs that will be provided to the Government. EFSI believes that this plan will provide excellent service on a day-to-day and year-to-year basis for the 10-year term of the contract. As a result, we believe that the Government's administrative costs associated with managing the proposed contract will be significantly reduced.

EFSI understands the Government's motivation to maintain and enhance quality of life for the residents and tenants of Fort Hamilton. This is a pace-setting contract for privatization and we believe that it offers wide-reaching opportunities for Fort Hamilton and EFSI to work together in the spirit of cooperation and mutual respect. We believe that establishing regular, open communication with Fort Hamilton and COE will ensure timely problem identification and effective resolution and minimize time consuming and potentially costly disputes. However, the process should not be in-

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

terpreted as a means to compromise or waive contractual requirements.

- *Ensures Adequate Maintenance, Upgrades and Replacements.* Our fixed price approach to the proposed contract places EFSI at risk to perform the services described in our Technical and Cost Proposals within the price offered. EFSI is certain that we will provide the level of service, reliability and safety necessary to meet the Government's requirements and effectively support Fort Hamilton's mission.

CQ 17 • *Transfers Risk.* The fixed price approach effectively transfer all of the financial risk associated with delivering reliable service to the contractor. Figure 1 outlines selected financial risks that will be transferred to the contractor under the fixed price approach.

- *Stabilizes Annual Cash Flows.* EFSI's fixed price approach provides the Government with a stable and predictable price from month-to-month and year-to-year. EFSI's technical approach combined with the fixed price structure allows for a consistent, predictable stream of cash flows.

  EFSI's technical approach proposes to perform the upgrades and replacements in the first year in order to amortize those costs over the full term of the contract. This will provide the government with several key benefits.

  – The government will receive the benefits from the upgrades and replacements as early as possible in the contract term as opposed to incrementally over several years. New and upgraded systems and system components will result in decreased O&M costs over the term of the contract.

  – This approach allows EFSI to finance major improvements over a longer term in order to stabilize the Government's payments. By "front loading" capital improvements in the first year, EFSI will reduce the need for larger amounts of capital in the later years of the contract.

  – EFSI's approach also stabilizes the payment stream by taking on all of the risk for natural disasters and equipment failures.

| Financial Risk | Responsibility |
|---|---|
| Cost Control → | Contractor |
| Capital/Financing → | Contractor |
| Emergency Capital → | Contractor |
| Insurance → | Contractor |
| Material Procurement Risk → | Contractor |
| Disaster Funding → | Contractor |
| Fluctuation of Expenses → | Contractor |
| Inflation → | Contractor |
| Interest Rate Changes → | Contractor |

*Figure 1. Risks Transferred*

- *Accomplishes Long-term (25-Year) Reduction of Life Cycle Costs.* EFSI engineers selected upgrade/replacement projects, which will reduce the long-term life cycle costs of operating the three systems. In addition, the detailed engineering studies will focus on implementing projects and improvement schedules, which are based on a 25-year life cycle planning. These studies will focus on lowering the costs of operating the electric, natural gas and water distribution and waste water systems over the long term.

Mathematical Example — EFSI used a simple procedure to develop its pricing. First, we developed our cost projections for the term of the contract. We then summed up all the expenses on an annual basis. Then, we averaged the prices and reached an annual number, which yields a 6.48 percent operating margin to cover G&A (2 percent) and profit (4.48 percent).

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

**August 27, 1999**
**Fort Hamilton, New York**
**Solicitation No. DACA51-99-R-0006**
**Cost Proposal**
**Final Proposal Revision**

## 2.0 COST RECOVERY METHODOLOGY

This section details the costs associated with delivering the services outlined in the technical proposal. The summary pricing sheet, Figure 2, illustrates the overall and detail costs according to the following categories: Operation and Maintenance, Initial Upgrade, Ongoing Capital Expenditure, System Acquisition Costs, Miscellaneous Costs, General and Administrative Costs, and Profit. Each category will be further detailed to provide the Government with supporting information related to the Government with supporting information relating to the Government's overall price.

## 2.1 OPERATION & MAINTENANCE COSTS

Figure 3 provides the cost estimate for the operation and maintenance expenses for the initial 6 months of the contract. The charges shown in Schedule B-1 represent equalized charges, including finance charges. across the term of the contract. Figure 3a details the higher O&M costs that we anticipate during the initial period due to maintaining the older systems until the new/upgraded systems are commissioned. A7

| CASH FLOW | TERM I | | | | | | | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| Calendar Year | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | |
| Month of Operation | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | |
| **REVENUES:** | | | | | | | | | | | |
| Fixed Payment From Govt. | 2,512 | 2,513 | 2,512 | 2,512 | 2,512 | 2,512 | 2,512 | 2,512 | 2,512 | 2,512 | 25,119 |
| Financing Fees | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | |
| TOTAL REVENUE ($000s) | 2,535 | 2,536 | 2,535 | 2,535 | 2,535 | 2,535 | 2,535 | 2,535 | 2,535 | 2,535 | 25,352 |
| **EXPENSES:** | | | | | | | | | | | |
| Operation & Maintenance | | | | | | | | | | | |
| Labor | 216.60 | 216.60 | 216.60 | 216.60 | 216.60 | 216.60 | 216.60 | 216.60 | 216.60 | 216.60 | 2,166 |
| Materials & Equipment | 163.30 | 163.30 | 163.30 | 163.30 | 163.30 | 163.30 | 163.30 | 163.30 | 163.30 | 163.30 | 1,633 |
| Insurance | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 250 |
| Contingency | | | | | | | | | | | 0 |
| Mechanical Emergency Repair | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 330 |
| Shoring | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 110 |
| Easements | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 28 |
| Permits | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 28 |
| Service Connections | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 28 |
| Safety | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 83 |
| Historical / Haz Soil Testing | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 55 |
| Electrical Code Requirements | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 55 |
| Liquidated Damages | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 110 |
| Increased Capacity Requirements | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 300 |
| Repair to the Foundation of Lift Station | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 270 |
| Building Stabilization | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 30 |
| Replacement of Utilities under existing structures | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 30 |
| Historic Preservation (See O&M Page for Detail) | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 250 |
| Billing Setup | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 |
| Billing Ongoing | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 12 |
| Performance and Payment Bonds | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 60 |
| Project Management | | | | | | | | | | | 0 |
| Labor | 32.74 | 32.74 | 32.74 | 32.74 | 32.74 | 32.74 | 32.74 | 32.74 | 32.74 | 32.74 | 327 |
| Expenses | 39.60 | 39.60 | 39.60 | 39.60 | 39.60 | 39.60 | 39.60 | 39.60 | 39.60 | 39.60 | 396 |
| Debt | 1,691.18 | 1,691.18 | 1,691.18 | 1,691.18 | 1,691.18 | 1,691.18 | 1,691.18 | 1,691.18 | 1,691.18 | 1,691.18 | 16,912 |
| Taxes | 36.90 | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 24.99 | 262 |
| TOTAL EXPENSES ($000s) | 2,384 | 2,371 | 2,371 | 2,371 | 2,371 | 2,371 | 2,371 | 2,371 | 2,371 | 2,371 | 23,724 |
| Earnings Before Depr. Int & Taxes (EBDIT) | 152 | 164 | 164 | 164 | 164 | 164 | 164 | 164 | 164 | 164 | 1,628 |
| General and Administrative Costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net of G&A | 151.58 | 164.05 | 164.05 | 164.05 | 164.05 | 164.05 | 164.05 | 164.05 | 164.05 | 164.05 | 1,628 |

*Figure 2. Summary Pricing – Annual Cash Flows*

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

| Operation & Maintenance | 10 Year Total | Contingency | Annual O&M |
|---|---|---|---|
| Insurance | 250,000 | - | 25,000 |
| Labor | 2,166,000 | | 216,600 |
| Materials & Equipment - O&M | 1,633,000 | - | 163,300 |
| Total | 3,799,000 | - | 404,900 |

| Contingency | 10 Year Total | Construction | Annual |
|---|---|---|---|
| Mechanical Emergency Repair | 330,000 | - | 33,000 |
| Shoring | 220,000 | 110,000 | 11,000 |
| Easements | 55,000 | 27,500 | 2,750 |
| Permits | 55,000 | 27,500 | 2,750 |
| Service Connections | 55,000 | 27,500 | 2,750 |
| Safety | 165,000 | 82,500 | 8,250 |
| Historical / Haz soil | 110,000 | 55,000 | 5,500 |
| Electrical Code Requirements | 110,000 | 55,000 | 5,500 |
| Liquidated damages | 110,000 | - | 11,000 |
| Increased Capacity Requirements | 300,000 | | 30,000 |
| Repair to the Foundation of Lift Station | 270,000 | | 27,000 |
| Building Stabilization | 30,000 | | 3,000 |
| Replacement of Utilities under existing structures | 30,000 | | 3,000 |
| Historic Preservation | 250,000 | | 25,000 |
| Replacement of any inaccessible utilities | | | |
| Replacement of utilities requiring removal of haz mat | | | |
| Tree or vegetation removal | | | |
| Total | 2,090,000 | 385,000 | 170,500 |

| Project Management | Manhours Total | Annual |
|---|---|---|
| Reports | 1,056 | 106 |
| Engineering | 172 | 17 |
| Construction | 634 | 63 |
| Permitting | 440 | 44 |
| Monthly Meetings | 1,901 | 190 |
| TOTAL PROJ MGT HOURS | 4,202 | 420 |
| Rate per Hour | 78 | 78 |
| Rate X Hours | 327,360 | 32,736 |
| Expenses | 396,000 | 39,600 |
| Total Project Management | 723,360 | 72,336 |

| | |
|---|---|
| TOTAL ANNUAL COST | 647,736 |

| COST DETAIL | Annual Total |
|---|---|
| Labor (O&M and Project Management) | 288,936 |
| Insurance | 25,000 |
| Equipment, Materials, Contingency | 333,800 |
| TOTAL | 647,736 |

*Figure 3. O&M Cost Estimate*

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

| O&M Plan First Six Months After Contract Awarded | | | | | |
|---|---|---|---|---|---|
| | Average Unburdened | | | | |
| | Manhours | Hrly Rate | Total Cost | | Crew |
| Flush Storm Sewers, Inspect Sanitary manholes | 2,500 | 18 | 45,000 | | 2 laborers |
| Clean Catch Basins | 1,900 | 18 | 34,200 | | 2 laborers |
| Operate Gas Valves | 2,200 | 18 | 39,600 | | 2 laborers |
| Clean Water Valve Boxes | 1,200 | 18 | 21,600 | | 1 laborer |
| Maintain emergency generators, inspect electric poles | 300 | 38 | 11,400 | | 1 electrician |
| Replace bulbs and ballasts as needed, inspect electric distribution system | 2,000 | 38 | 76,000 | | 1 electrician |
| | | | | | 1 water treatment specialist |
| Prev. Maintenance | 300 | 19 | 5,700 | | 1 millwright |
| Total Labor | | | | 233,500 | |
| Materials Used | | | | | |
| - PVC Pipe, Fittings, etc | | | 18,000 | | |
| - Replacement wires and transformers | | | 15,000 | | |
| - Regular Power pole replacement | | | 20,000 | | |
| - Tools | | | 2,900 | | |
| - Miscellaneous Service Replacements | | | 6,000 | | |
| Equipment | | | 50,000 | | |
| Mobile Equipment | | | | | |
| - 1 Ton Saddlebag Utility Truck | | | | | |
| - Site Manager Vehicle 4WD Suburban | | | | | |
| - Bucket truck | | | | | |
| - Pole Dolly | | | | | |
| - Backhoe | | | | | |
| - Flatbed Trailer | | | | | |
| Test/Safety/Mechanical & Electrical Equipment | | | | | |
| Total Material & Equipment | | | | 111,900 | |
| Total O&M First 6 Months | | | | 345,400 | |

*Figure 3a. O&M Cost Summary for Initial 6 Months*

For the first year, EFSI assumed the following based on the time required to complete the system transfer as it relates to hiring, training, adherence to codes and standards, and conducting system studies:

- All construction work including Capital Improvements and O&M will be performed by qualified union labor. The local unions of Brooklyn, NY are well organized and have strict qualification programs. Each craftsman is given a series of supervised work experiences and testing throughout their vocational development. These developmental processes are organized into levels of qualified certification, commonly known as the Apprenticeship, Journeyman, and Master craftsman levels. There are time of work experience, classroom instruction, written testing, hands on demonstration, and senior brotherhood sponsorship requirements in order to be certified at each level. This program is outlined in Attachment C of the Technical Proposal.
- All building codes require utility work certification and inspection by a Master craftsman prior to system start-up. As previously stated all work will be done in full accordance with all federal, state, and local building codes, standards and regulations.
- Initially we will perform a thorough engineering study of each system. This will include an analysis of the purpose and function of each system including all technical aspects concerning each system's application.

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

A report will be generated that will indicate the following:

- Drawings indicating location of each sanitary and storm water hook up, catch basin, culvert, collection system, pipe locations, sizes and material, and connections. These will include elevations, fall calculations and grade at selected points to determine depth of pipe.
- A narrative report describing the purpose and usage of each pipe system, what it services, and where it dumps disposes of the contents.
- Conceptual recommendations for the separation of the systems, a plan for the implementation, and an estimate of cost and scheduling. This will include data of usage needs, sizing and fall calculations, and the engineering basis for the recommendation, future growth planning, and planning for the transition to a two-system installation.
- This will establish a decision-making baseline to further develop a working plan for design, engineering and construction installation. We estimate that a new sanitary system will be installed in very close proximity to the existing wastewater system where the existing pipe collects and removes storm water. If rooftop rainwater collection direct piping is not required according to code, this may allow residential laterals for sanitary use only. Storm water collection for the most part would then be limited to drainage from streets and paved areas.

Our preventive maintenance program will provide for the following scheduled services to the facilities as listed.

- Storm Sewer – Flush with potable water 2 times/year.
  - Flushing will be conducted in periods of low precipitation.
  - Inspect manholes and flush and remove debris in conjunction with the above.
- Sanitary Sewer – Inspect manholes 2 times/year.
  - Flush with potable water 2 times/year
  - Clean and remove debris from manholes in conjunction with above.
  - High pressure water jet sanitary sewers every 3 years.
- Catch Basin – Clean of debris one time/year.
- Gas – Operate valves (partial operation without shutdown) 2 times/year and clean and lubricate valve boxes.
- Water – Clean valve boxes of debris and partially operate valves without shutdown and lubricate one time/year
  - Flush water system at hydrants one time/year to remove sediment.
  - Inspect and operate hydrants and valves 2 times/year.
- Emergency Generators – Perform preventive maintenance checks and services every two weeks on 4 generators.
- Electric Poles –
  - Visual inspections 2 times/year.
  - Replace bulbs and ballasts as required.
  - Electric Distribution – Inspect 4 times/year.
- Spare Parts – We will maintain spare parts such as valve castings if a cover is damaged, catch basin frames and grates if damaged, water valve parts for main gate valves, generator parts as determines by previous maintenance records.

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

In order to carry out the above preventive maintenance (PM), we will have a utility maintenance manager (UMM) to interface and coordinate with DPW. A PM schedule based upon the above will be coordinated with the DPW. All necessary tools, equipment, spare parts and labor will be provided by our selected subcontractor. The UMM will maintain weekly contact with the DPW and schedule work with that office. Maintenance and protection of traffic will be provided during all preventive maintenance operations. Any disruptions of service, except for emergency responses, will be coordinated with the DPW.

Emergency response coordination will be performed by our UMM who will be in contact with the DPW and other post personnel in the chain of response. As part of our readiness philosophy all necessary labor (e.g., apprentice, journeymen, or master union trade such as electrician, high voltage lineman, pipefitters, plumbers, laborers, teamsters, operating engineers) will be available for responses. Also, all necessary material and equipment (pipe, valves and fittings, wire and connectors, line truck, cherry picker, back hoe, crane, etc.) must be readily available and agreements in place for their quick procurement/rental to meet response standards.

O&M will be identical to the existing processes for the first year. However, the details of the procedures will incorporate the abilities and experience of Enron Corp. A handoff of the existing O&M process and procedures will be implemented and a contract put in place with either the current O&M contractor or one of several local qualified contractor who have been contacted.

## 2.2 INITIAL CAPITAL IMPROVEMENTS/UPGRADES

The following describes the activities and costs that EFSI is proposing for the initial upgrade. Each section will detail the activities or items for each system, how the costs were developed and the supporting rationale. Figure 4 presents the total project cost estimates and the initial replacement/upgrade summary for each utility service system. The annual debt per system, shown on Figure 4, was computed as follows: A7

$$\frac{\text{Project Costs Per System}}{\text{Projects}} \times \text{Annual Debt Service} = \text{Annual Debt Per System}$$

These proposed prices reflect a ten-year finance period for all proposed improvements and are shown on Schedule B-1.

Figure 2 and Figure 5 detail the financing of the initial replacements/upgrades. The total amount financed equals $ 11,616,000 which was developed by taking the amount of required financing and multiplying it by 2 percent (2%) to cover the financing fees required to locate and commit the necessary capital to Fort Hamilton. $ 11,616,000 was then financed at 8 percent (8%) per annum (200 basis points over the 10-year treasury) to arrive at the monthly payment of $140,932. This payment equals $1,691,180 per year for debt service (principal and interest).

## 2.3 ONGOING CAPITAL EXPENDITURES

The capital improvement plan will be delivered as a part of the Annual Service Plan following completion of the detailed engineering studies for each system. This plan will be aligned with Fort Hamilton's priorities and will be updated annually to reflect changing priorities.

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

**August 27, 1999**
**Fort Hamilton, New York**
**Solicitation No. DACA51-99-R-0004**
**Cost Proposal**
**Final Proposal Revision**

| | |
|---|---|
| Annual Price from Model | 2,535,155 |
| Debt from Model | 1,691,180 |
| Distribution Costs (Annual Price Less Debt) | 843,975 |
| | |
| Per System Distribution | 210,994 |

| Project Costs | |
|---|---|
| Total Electrical Upgrade | 350,523 |
| Increased Capacity Requirements | 43,000 |
| Sanitary Sewer | 4,135,983 |
| Water | 2,551,298 |
| Gas | 1,058,100 |
| Service Meters | 990,000 |
| Contingency | 385,000 |
| Civil Work | 1,032,554 |
| Utility Interface (ConEd) | 13,200 |
| Sanitary Header | 359,700 |
| Electrical upgrades | 55,000 |
| Engineering | 641,436 |
| TOTAL | 11,616,795 |

| System Valuation | |
|---|---|
| Electrical | 200,000 |
| Gas | - |
| Water | - |
| Wastewater | - |
| Total | 200,000 |
| | |
| Demolition Costs | 692,000 |
| | |
| *Total less Demolition* | *(492,000)* |

**Project Costs Per System**

| | |
|---|---|
| Total Electrical Upgrade | 350,523 |
| Service Meters | 247,500.00 |
| Contingency | 96,250.00 |
| Civil Work | 258,138.46 |
| Electrical upgrades | 55,000 |
| Engineering | 160,358.96 |
| | 1,167,771 |

| | |
|---|---|
| Water | 2551298.156 |
| Service Meters | 247,500.00 |
| Contingency | 96,250.00 |
| Civil Work | 258,138.46 |
| Engineering | 160,358.96 |
| | 3,313,546 |

| | |
|---|---|
| Gas | 1,058,100 |
| Service Meters | 247,500.00 |
| Contingency | 96,250.00 |
| Civil Work | 258,138.46 |
| Utility Interface (ConEd) | 13,200 |
| Engineering | 160,358.96 |
| | 1,833,546 |

| | |
|---|---|
| Increased Capacity Requirements | 43,000.00 |
| Sanitary Sewer | 4,135,983.28 |
| Service Meters | 247,500.00 |
| Contingency | 96,250.00 |
| Civil Work | 258,138.46 |
| Sanitary Header | 359,700.00 |
| Engineering | 160,358.96 |
| | 5,300,931 |

| Annual Debt Per System | | |
|---|---|---|
| Electrical | 170,019.38 | 10% |
| Gas | 266,951.93 | 16% |
| Water | 482,429.42 | 29% |
| Wastewater | 771,779.00 | 46% |
| Total | 1,691,180 | 100% |

*Figure 4. Initial Upgrade Summary*

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

| Taxes | | |
|---|---|---|
| US Federal Income Taxes | 0.00% | *of taxable income* |
| Annual Property Taxes | 4.50% | *of value of easement* |
| Sales Taxes, Section 184 & 186 | 0.38% | *of Services Only* |
| Real Estate Transfer Tax | 2.40% | *of easement value* |

| Project and Enron Economics ($000) | | | |
|---|---|---|---|
| **Enron** | **Target** | **After Tax** | **Disc Rate** |
| Project NPV | 1400 | $1,195 | 6.75% |
| Nominal Margin | | 6.48% | |
| Total Contract Value | 25,351,547 | | |

| Financing ($000s) | | | |
|---|---|---|---|
| | | | **Total** |
| Project Cost | | 11,616 | |
| Financing Fees | | 2% | 232 |
| Financing Fees - Annual | | | 23 |
| Financing Fees - Monthly | | | 2 |
| % Equity | 0.00% | | - |
| % Debt | 100.00% | | 11,616 |

| Initial Upgrade ($000s) | | |
|---|---|---|
| Total Electrical Upgrade | 351 | |
| Increased Capacity Requirements | 43 | |
| Sanitary Sewer | 4,136 | |
| Water | 2,551 | |
| Gas | 1,058 | |
| Service Meters | 990 | |
| Contingency | 385 | |
| Civil Work | 1,033 | |
| Utility Interface (ConEd) | 13 | |
| Sanitary Header | 360 | |
| Electrical upgrades | 55 | |
| Engineering | 641 | |
| Total Project Costs | | 11,616 |
| | | |
| Asset Purchase Price | | - |
| TOTAL PROJECT COSTS PLUS ASSET PURCHASE | | 11,616 |

| LOANS TO PROJECT ($000s) | | | |
|---|---|---|---|
| Initial Upgrade - Project | | | |
| Loan | | | |
| Amount | $11,616 | | $11,616 |
| Term - Years | | | 10 |
| Rate | 8.00% | 0.00% | 8.00% |
| Financing Fees | | | 2.00% |
| Start Year | 1999 | | |

*Figure 5. Financing Summary*

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

## PROPOSAL ASSUMPTIONS AND CLARIFICATIONS

Our Proposal is subject to the following assumptions. To the extent any stated assumptions are incorrect and the cost of construction, services or supplies is increased as a result of an invalid assumption, the Contractor shall be entitled to an equitable adjustment for those increased costs and, if applicable, a schedule extension.

1. All Government-furnished property shall be Y2K ready.
2. The inability of the NYC system to accept overflows will be treated as an event of excusable delay under FAR 52.249-14.
3. The Contractor will not be required to provide treatment of the potable water prior to distribution within the installation, or pretreatment of wastewater prior to delivery to the City of New York sewer system.
4. The proposed subcontracting of operations and maintenance functions does not constitute a 'transfer of responsibility' requiring Government consent.
5. The term 'National Standards' in section C.1.1 is limited to applicable federal and state laws/codes and any standards specifically identified elsewhere in the contract.
6. In the event the contract is terminated, the Contractor shall be granted compensation for its capital costs in accordance with FAR 52.241-10 (Termination Liability) and for all its other costs in accordance with FAR 52.249-2 (Termination for Convenience).

All material contained on this page is subject to the confidentiality conditions stated on the title page of this Proposal.

the sum of United States $ ____________________
This draft is drawn under ____________________
Irrevocable Letter of Credit No. ____________________
By: ____________________
(Beneficiary Agency)

(End of clause)

I.40 52.228-11 PLEDGES OF ASSETS (FEB 1992)
(Reference 28.203-6)

I.41 52.228-5 INSURANCE--WORK ON A GOVERNMENT INSTALLATION (JAN 1997)
(Reference 28.310)

I.42 52.230-6 ADMINISTRATION OF COST ACCOUNTING STANDARDS (APR 1996)
(Reference 30.201-4(d))

I.43 52.230-3 DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (APR 1998)
(Reference 30.201-4(b))

I.44 52.230-2 COST ACCOUNTING STANDARDS (APR 1998)
(Reference 30.201-4(a))

I.45 52.251-1 GOVERNMENT SUPPLY SOURCES (APR 1984)
(Reference 51.107)

I.46 52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984)
(Reference 49.504(a)(1))

I.47 52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996)
(Reference 49.502(b)(1))

I.48 52.248-1 VALUE ENGINEERING (MAR 1989)
(Reference 48.201)

I.49 52.247-64 PREFERENCE FOR PRIVATELY OWNED U.S.-FLAG COMMERCIAL VESSELS (JUN 1997)
(Reference 47.507(a))

I.50 52.247-63 PREFERENCE FOR U.S.-FLAG AIR CARRIERS (JAN 1997)
(Reference 47.405)

I.82 52.241-5 CONTRACTOR'S FACILITIES (FEB 1995)
(Reference 41.501(d)(4))

I.83 52.241-4 CHANGE IN CLASS OF SERVICE (FEB 1995)
(Reference 41.501(d)(3))

I.84 52.241-3 SCOPE AND DURATION OF CONTRACT (FEB 1995)

(a) For the period 10 years the Contractor agrees to furnish and the Government agrees to purchase Electric, Natural Gas, Potable Water, and Wastewater utility service in accordance with the applicable tariff(s), rules, and regulations as approved by the applicable governing regulatory body and as set forth in the contract.

(b) It is expressly understood that neither the Contractor nor the Government is under any obligation to continue any service under the terms and conditions of this contract beyond the expiration date.

(c) The Contractor shall provide the Government with one complete set of rates, terms, and conditions of service which are in effect as of the date of this contract and any subsequently approved rates.

(d) The Contractor shall be paid at the applicable rate(s) under the tariff and the Government shall be liable for the minimum monthly charge, if any, specified in this contract commencing with the period in which service is initially furnished and continuing for the term of this contract. Any minimum monthly charge specified in this contract shall be equitably prorated for the periods in which commencement and termination of this contract become effective.

(End of clause)

I.85 52.241-2 ORDER OF PRECEDENCE-UTILITIES (FEB 1995)
(Reference 41.501(c)(1))

END OF SECTION I

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 81 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0003 | 03/22/99 | W16ROE-8323-0698 | DACA51-99-R-0006 |

6. ISSUED BY CODE e2p0000

CONTRACTING DIVISION
26 FEDERAL PLAZA
ROOM 1843
NEW YORK, NY 10278
Ina Ohrweshel C06 (212) 264-0154

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) Vendor ID:

CODE FACILITY CODE

(X) x 9A. AMENDMENT OF SOLICITATION NO. DACA51-99-R-0006

9B. DATED (SEE ITEM 11) 12/01/98

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Additional questions from various prospective offerors are included with the Government's answers for information purposes only. The due date for submission of proposals remains 2 April 1999 at 12:00 noon. Sealed offers in original and copies specified in section L must be received at 26 Federal Plaza, Room 1843 by that time. Each offeror must acknowledge this amendment prior to the hour and date specified in the solicitation by; completing items 8 and 15 of this form and returing one copy of this

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ______<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**Attachment 6**

SF 30 CONTINUATION SHEET

amendment to this office, acknowledging receipt of this amendment on each copy of the offer submitted, or separate letter or telegram which includes a reference to the solicitation and amendment numbers. Failure to acknowledge any amendment by the date and time specified may result in rejection of your offer in accordance with the Late Bids, Late Modifications of Bids or Late Withdrawal of Bids (FAR 52.215-0010).

Change the effective date of amendment 0002 for this solicitation from "2/24/99" to "3/19/99".

In Paragraph B.2.2 after the words "preventive maintenance," add the following "meter ownership, meter installation, meter testing, meter reading, (usage data to Government),". Delete the third and fourth sentences.

Replace paragraph C.4.2 with the following "During the contract period Fort Hamilton will require the Contractor to install and connect service meters to all current and future building service locations on Fort Hamilton, NY. These secondary/service meters, which are for the sole benefit of the Government, will be owned, operated, maintained, calibrated, and read by the Contractor. The Contractor shall provide the meter usage data to the Government. The purpose of these meters is to monitor the consumption of energy and/or water at specific sites in order for the Government to accurately charge Army and non-Army tenants. Fort Hamilton will transfer ownership of its secondary/service meters when the Contractor assumes full ownership of the utility distribution system. The cost of such installations will be paid by the Contractor through the Annual Distribution Charge. See Paragraph B.2.2."

Replace the second sentence, beginning with the words "The adjustment shall be equal......" in paragarph C.6.1 with the following The equitable adjustment shall be defined as the average commodity usage (Average building consumption per hour over the past three (3) months from building meter data) (electricity[kWh], natural gas [mmbtu/therm/mcf], potable water [kgal], and/or wastewater [kgal/edu/% of potable water], multiplied by the aggregate outage time in the month, multiplied by the Government's average commodity charge for the commodity. Also to be included are other costs as deemed reasonable by the Government, including, but not limited to, spoiled food/material, wastewater/potable water damage clean up, relocation expense for personnel and/or materials, and expended fuel oil costs."

Delete paragraph H.31 in its entirety.

Add the following clause to Section I

652.241-10 -- Termination Liability (Feb 1995)

As prescribed in 41.501 (d)(4), insert a clause substantially the same as

the following:

Termination Liability (Feb 1995)

(a ) If the Government discontinues utility service under this contract before completion of the facilities cost recovery period specified in paragraph (b) of this clause, in consideration of the Contractor furnishing and installing at its expense, the new facility described herein, the Government shall pay termination charges, calculated as set forth in this clause.

(b ) Facility cost recovery period. The period of time, not exceeding the term of this contract, during which the net cost of the new facility shall be recovered by the Contractor is ______ months (To be negotiated).

(c ) Net facility cost. The cost of the new facility, less the agreed upon salvage value of such facility, is $______. (To be determined).

(d ) Monthly facility cost recovery rate. The monthly facility cost recovery rate which the Government shall pay the Contractor whether or not service is received is $_____ (Subparagraph c divided by subparagraph b).

(e ) Termination charges. Termination charges = $_____.(The remaining months of the facility's cost recovery period (subparagraph (b) multiplied by subparagraph (c).

(f) If the Contractor has recovered its capital costs at the time of termination there will be no termination liability charge.

(End of Clause)

Add the following attachments to Section J:

Attachment I - Fort Hamilton Tenant List

Attachment J - Fort Hamilton Utility Bills

Attachmnet K - Fort Hamilton Utility service orders

QUESTIONS AND ANSWERS

FOR INFORMATION PURPOSES ONLY

Question: C.4.2 - Secondary Meters: Does the Government have a plan requiring installation of additional secondary meters?

NOTICE OF SERVICE

I hereby certify that on June 2, 2006, a copy of the foregoing "APPENDIX: PLAINTIFFS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS THREE AND FOUR AND FOR SUMMARY JUDGMENT WITH REGARD TO PLAINTIFFS' (EFSI'S) COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John J. Pavlick, Jr.