# APPENDIX TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS COUNTS THREE AND FOUR AND FOR SUMMARY JUDGMENTWITH REGARD TO PLAINTIFF ENRON FEDERAL SOLUTIONS, INC.'S COMPLAINT AND DEFENDANT'S OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

# INDEX TO APPENDIX

Page

Declaration of William E. Campbell, Jr. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Reply Br. App. 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC., et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 05-1000C (04-254C)** |
| **vs.** | ) | **(Consolidated)** |
| | ) | **(Judge Block)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | | |

**DECLARATION OF WILLIAM E. CAMPBELL, JR.**

I, William E. Campbell, Jr., hereby declare as follows:

1. My name is William E. Campbell, Jr., and I am employed by the United States Department of the Army ("Army") at the Acquisition Center, U.S. Army Military District of Washington, Fort Belvoir, Virginia.

2. In the course of my employment with the Army, I have been assigned Contracting Officer responsibilities with regard to Contract DACA51-00-C-0001, awarded to Enron Federal Solutions, Inc. ("EFSI"), one of the plaintiffs in this matter.

3. In my capacity as a Contracting Officer for the contract with EFSI, I have become familiar with and utilized records prepared to administer that contract and have prepared records in connection with administering the contract.

4. Attachment 1 to this Declaration consists of true and correct copies of excerpts from the document awarding the contract to EFSI. Specifically, the first page of Attachment 1 is Standard Form 33, which awarded the contract and lists the contents of the awarding document within Box 11 on that page. The pages that follow are Section B, which sets forth the Contract Line Item Numbers ("CLIN") and dollar amounts payable for each CLIN.

5. As is explained in my Contracting Officer's Final Decision dated February 26, 2002, which appears as Attachment 4 to my declaration previously filed within the appendix to the Government's dispositive motion in this matter, EFSI was terminated for default after it

ceased to perform the contract on December 3, 2001. Further, as I explained in my previous declaration, EFSI did not appeal my Final Decision terminating its contract for default.

6. Inasmuch as EFSI was awarded the contract on January 22, 1999, and ceased performance on the contract on December 3, 2001, EFSI performed for less than two years of the contract.

7. A review of Section B included within Attachment 1 to this declaration confirms that EFSI's contract consisted of 50 separate CLINs, of which only CLINs 0001-0008 (and their subparts) were priced and were applicable to Year 1 and Year 2 of the contract term.

8. The total dollar amounts payable for fully completing the performance required for Year 1 consisted of CLIN subparts 0001AA, 0001AB, 0001AD, 0002AA, 0002AB, 0003AA, 0003AB, 0004AA, 0004AB. The sum total of the dollar amounts for these CLINs is $2,335,155.73.

9. The total dollar amounts payable for fully completing the performance required for Year 2 consisted of CLIN subparts 0005AA, 0005AB, 0006AA, 0006AB, 0007AA, 0007AB, 0008AA, 0008AB. The sum total of the dollar amounts for these CLINs is $2,535,155.73.

10. The sum total of the amounts for the two years described in paragraphs 8 and 9, above, is $4,870,311.46.

11. As plaintiffs state in their Proposed Finding of Uncontroverted Fact 20, as of December 3, 2001, when EFSI abandoned performance of the contract, the Government had paid EFSI $4,225,102.24 for its performance during Year 1 and Year 2 of the contract.

12. The difference between the total amount set forth in paragraph 10, above, and the total amount paid, set forth in paragraph 11, above, is $645,209.22. This difference consists of the following two items: (1) the amount of EFSI's November 2001 invoice ($211,262.95), which the Army concedes is payable either to plaintiff EFSI or plaintiff Liberty Mutual Insurance Co., but not to both plaintiffs, and (2) $433,946.27, which represents the amount that EFSI had not earned because it abandoned performance of the contract before it completed all of the work required under CLINs 0005-008 (and their subparts) for the second year of the contract.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 20, 2006

William E. Campbell, Jr.

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF PAGES 125

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | DACA51-99-R-0006 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 1/22/99 | W16ROE-8323-0698 |

7. ISSUED BY — CODE e3p0500
CONTRACTING - CONTRACTS BRANCH
26 FEDERAL PLAZA
ROOM 1843
NEW YORK, NY 10278

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 7 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in U.S. Army Corps of Engineers until 1200 local time 03/19/99 (Hour) (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | Ina Ohrvashel | (212) 264-0154 | |

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 17 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 27 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | 19 | X | J | LIST OF ATTACHMENTS | 18 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 12 |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 16 |
| | H | SPECIAL CONTRACT REQUIREMENTS | 10 | | M | EVALUATION FACTORS FOR AWARD | 2 |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within 120 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: | AMENDMENT NO. / DATE | AMENDMENT NO. / DATE | AMENDMENT NO. / DATE | AMENDMENT NO. / DATE |
|---|---|---|---|---|
| | 001 3/2/99 | 003 3/22/99 | 005 4/9/99 | 007 8/19/99 |
| | 002 2/24/99 | 004 4/1/99 | 006 7/7/99 | |

15A. NAME AND ADDRESS OF OFFEROR — CODE 1FVU8 — FACILITY
Enron Federal Solutions, Inc.
1400 Smith Street
Houston, TX 77002

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
William Votaw
President

15B. TELEPHONE NO. (Include area code) (713)853-7112

15C. ☐ CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE [signature]

18. OFFER DATE 8/27/99

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION
21820500000 088011 25C20024PB70000000000 E31F 29016

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304 (c)( ) ☐ 41 U.S.C. 253 (c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or Print)

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

Reply Br. App. 04

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

ATTACHMENT 1

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

Final Proposal Revision - 30 August 1999

SECTION B
SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Privatization of Electric Utility System Fort Hamilton, NY<br>Year 1 | | | | |
| 0001AA | Initial Upgrade<br>Year 1 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0001AB | Distribution Charge<br>Year 1 | 1.00 | ls | 210,994.00 | 210,994.00 |
| AC | Capital Upgrades<br>Year 1 | 1.00 | ls | 0. | 0. |
| 0001AD | Purchase Price<br>Year 1 | 1.00 | ls | (200,000.00) | (200,000.00) |
| 0002 | Privatization of Natural Gas Uitlity System, Fort Hamilton, New York | | | | |
| 0002AA | Initial Upgrade<br>Year 1 | 1.00 | ls | 266,951.93 | 266,951.93 |
| 0002AB | Distribuiton Charge<br>Year 1 | | | 210,994.00 | 210,994.00 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AC | Capital Upgrades<br>Year 1 | 1.00 | ls | 0 . | 0 . |
| 0002AD | Purchase Price<br>Year 1 | 1.00 | ls | 0 . | 0 . |
| 0003 | Privatization of Potable Water Utility System, Fort Hamilton, New York | | | | |
| 0003AA | Initial Upgrade<br>Year 1 | 1.00 | ls | 482,429 . 42 | 482,429 . 42 |
| AB | Distribution Charges<br>Year 1 | 1.00 | ls | 210,994 . 00 | 210,994 . 00 |
| 0003AC | Capital Upgrades<br>Year 1 | 1.00 | ls | 0 . | 0 . |
| 0003AD | Purchase Price<br>Year 1 | 1.00 | ls | 0 . | 0 . |
| 0004 | Privatization of Wastewater Utility System, Fort Hamilton, New York<br>Year 1 | | | | |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AA | Initial Upgade<br>Year 1 | 1.00 | ls | 771,779.00 | 771,779.00 |
| 0004AB | Distribution Charge<br>Year 1 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0004AC | Capital Upgrade<br>Year 1 | 1.00 | ls | 0. | 0. |
| 0004AD | Purchase Price<br>Year 1 | 1.00 | ls | 0. | 0. |
| | Privatization of Electric Utility System<br>Fort Hamilton, NY<br><br>Year 2 | | | | |
| 0005AA | Initial Upgrade<br>Year 2 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0005AB | Distribution Charge<br>Year 2 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0005AC | Capital Upgrades<br>Year 2 | 1.00 | ls | 0. | 0. |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AD | Purchase Price<br>Year 2 | 1.00 | ls | 0 . | 0 . |
| 0006 | Privatization of Natural Gas Utility Systemm, Fort Hamilton, New York<br>Year 2 | | | | |
| 0006AA | Initial Upgrade<br>Year 2 | 1.00 | ls | 266,951 . 93 | 266,951 . 93 |
| 0006AB | Distribuiton Charge<br>Year 2 | 1.00 | ls | 210,994 . 00 | 210,994 . 00 |
| AC | Capital Upgrades<br>Year 2 | 1.00 | ls | 0 . | 0 . |
| 0006AD | Purchase Price<br>Year 2 | 1.00 | ls | 0 . | 0 . |
| 0007 | Privatization of Potable Water Utlity System, Fort Hamilton, New York<br>Year 2 | | | | |
| 0007AA | Initial Upgrade<br>Year 2 | 1.00 | ls | 482,429 . 42 | 482,429 . 42 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007AB | Distribution Charges<br>Year 2 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0007AC | Capital Upgrades<br>Year 2 | 1.00 | ls | 0. | 0. |
| 0007AD | Purchase Price<br>Year 2 | 1.00 | ls | 0. | 0. |
| 0008 | Privatization of Wastewater Utility System, Fort Hamilton, New York<br>Year 2 | | | | |
| [illegible]A | Initial Upgade<br>Year 2 | 1.00 | ls | 771,779.00 | 771,779.00 |
| 0008AB | Distribution Charge<br>Year 2 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0008AC | Capital Upgrade<br>Year 2 | 1.00 | ls | 0. | 0. |
| 0008AD | Purchase Price<br>Year 2 | 1.00 | ls | 0. | 0. |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | Privatization of Electric Utility System Fort Hamilton, NY<br>Year 3 | | | | |
| 0009AA | Initial Upgrade<br>Year 3 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0009AB | Distribution Charge<br>Year 3 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0009AC | Capital Upgrades<br>Year 3 | 1.00 | ls | 0. | 0. |
| AD | Purchase Price<br>Year 3 | 1.00 | ls | 0. | 0. |
| 0010 | Privatization of Natural Gas Utility System, Fort Hamilton, New York<br>Year 3 | | | | |
| 0010AA | Initial Upgrade<br>Year 3 | 1.00 | ls | 266,951.93 | 266,951.93 |
| 0010AB | Distribuiton Charge<br>Year 3 | | | 210,994.00 | 210,994.00 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010AC | Capital Upgrades<br>Year 3 | 1.00 | ls | -0-. | -0-. |
| 0010AD | Purchase Price<br>Year 3 | 1.00 | ls | - 0-. | - 0-. |
| 0011 | Privatizaiton of Potable Water Utility System, Fort Hamilton, New York<br>Year 3 | | | | |
| 0011AA | Initial Upgrade<br>Year 3 | 1.00 | EA | 482,429.42 | 482,429.4 |
| 11AB | Distribution Charges<br>Year 3 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0011AC | Capital Upgrades<br>Year 3 | 1.00 | EA | 0. | 0. |
| 0011AD | Purchase Price<br>Year 3 | 1.00 | ls | 0. | 0. |
| 0012 | Privatization of Wastewater Utility System, Fort Hamilton, New York<br>Year 3 | | | | |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0012AA | Initial Upgade<br>Year 3 | 1.00 | ls | 771,779 .00 | 771,779 .00 |
| 0012AB | Distribution Charge<br>Year 3 | 1.00 | EA | 210,994 .00 | 210,994 .00 |
| 0012AC | Capital Upgrade<br>Year 3 | 1.00 | ls | 0 . | 0 . |
| 0012AD | Purchase Price<br>Year 3 | 1.00 | ls | 0 . | 0 . |
| | Privatization of Electric Utility System, Fort Hamilton, New York<br>Year 4 | | | | |
| 0013AA | Initial Upgrade<br>Year 4 | 1.00 | ls | 170,019 .38 | 170,019 .38 |
| 0013AB | Distribuiton Charge<br>Year 4 | | | 210,994.00 | 210,994.00 |
| 0013AC | Capital Upgrades<br>Year 4 | 1.00 | ls | -0- . | -0- . |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0013AD | Purchase Price<br>Year 4 | 1.00 | ls | 0 . | 0 . |
| 0014 | Privatizaiton of Natural Gas Utility System, Fort Hamilton, New York<br>Year 4 | | | | |
| 0014AA | Initial Upgrade<br>Year 4 | 1.00 | EA | 266,951 . 93 | 266,951 . 93 |
| 0014AB | Distribution Charges<br>Year 4 | 1.00 | EA | 210,994 . 00 | 210,994 . 00 |
| AC | Capital Upgrades<br>Year 4 | 1.00 | EA | 0 . | 0 . |
| 0014AD | Purchase Price<br>Year 4 | 1.00 | ls | 0 . | 0 . |
| 0015 | Privatization of Potable Water, Utility System, Fort Hamilton, New York<br>Year 4 | | | | |
| 0015AA | Initial Upgade<br>Year 4 | 1.00 | ls | 482,429 . 42 | 482,429 . 42 |

Final Proposal Revision 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0015AB | Distribution Charge<br>Year 4 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0015AC | Capital Upgrade<br>Year 4 | 1.00 | ls | 0. | 0. |
| 0015AD | Purchase Price<br>Year 4 | 1.00 | ls | 0. | 0. |
| 0016 | Privatization of Wastewater Utility System, Fort Hamilton, New York<br>Year 4 | | | | |
| AA | Initial Upgade<br>Year 4 | 1.00 | ls | 771,779.00 | 771,779.00 |
| 0016AB | Distribution Charge<br>Year 4 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0016AC | Capital Upgrade<br>Year 4 | 1.00 | ls | 0. | 0. |
| 0016AD | Purchase Price<br>Year 4 | 1.00 | ls | 0. | 0. |

Final Proposal Revision 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0017 | Privatization of Electric Utility System, Fort Hamilton, New York<br>Year 5 | | | | |
| 0017AA | Initial Upgrade<br>Year 5 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0017AB | Distribuiton Charge<br>Year 5 | | | 210,994.00 | 210,994.00 |
| 0017AC | Capital Upgrades<br>Year 5 | 1.00 | ls | -0-. | -0-. |
| 'AD | Purchase Price<br>Year 5 | 1.00 | ls | -0-. | -0-. |
| 0018 | Privatizaiton of Natural Gas Utility System, Fort Hamilton, New York<br>Year 5 | | | | |
| 0018AA | Initial Upgrade<br>Year 5 | 1.00 | EA | 266,951.93 | 266,951.93 |
| 0018AB | Distribution Charges<br>Year 5 | 1.00 | EA | 210,994.00 | 210,994.00 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0018AC | Capital Upgrades<br>Year 5 | 1.00 | EA | 0. | 0. |
| 0018AD | Purchase Price<br>Year 5 | 1.00 | ls | 0. | 0. |
| 0019 | Privatization of Potable Water, Utility System, Fort Hamilton, New York<br>Year 5 | | | | |
| 0019AA | Initial Upgade<br>Year 5 | 1.00 | ls | 482,429.42 | 482,429.42 |
| AB | Distribution Charge<br>Year 5 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0019AC | Capital Upgrade<br>Year 5 | 1.00 | ls | 0. | 0. |
| 0019AD | Purchase Price<br>Year 5 | 1.00 | ls | 0. | 0. |
| 0020 | Privatization of Wastewater Utility System, Fort Hamilton, New York<br>Year 5 | | | | |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0020AA | Initial Upgade<br>Year 5 | 1.00 | ls | 771,779.00 | 771,779.00 |
| 0020AB | Distribution Charge<br>Year 5 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0020AC | Capital Upgrade<br>Year 5 | 1.00 | ls | -0-. | -0-. |
| 0020AD | Purchase Price<br>Year 5 | 1.00 | ls | -0-. | -0-. |
| | Privatization of Electric Utility System, Fort Hamilton, New York<br>Year 6 | | | | |
| 0021AA | Initial Upgrade<br>Year 6 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0021AB | Distribuiton Charge<br>Year 6 | | | 210,994.00 | 210,994.00 |
| 0021AC | Capital Upgrades<br>Year 6 | 1.00 | ls | -0-. | -0-. |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0021AD | Purchase Price<br>Year 6 | 1.00 | ls | 0 . | 0 . |
| 0022 | Privatizaiton of Natural Gas Utility System, Fort Hamilton, New York<br>Year 6 | | | | |
| 0022AA | Initial Upgrade<br>Year 6 | 1.00 | EA | 266,951 . 93 | 266,951 . 9 |
| 0022AB | Distribution Charges<br>Year 6 | 1.00 | EA | 210,994 . 00 | 210,994 . 0( |
| 2AC | Capital Upgrades<br>Year 6 | 1.00 | EA | 0 . | 0 . |
| 0022AD | Purchase Price<br>Year 6 | 1.00 | ls | 0 . | 0 . |
| 0023 | Privatization of Potable Water, Utility System, Fort Hamilton, New York<br>Year 6 | | | | |
| 0023AA | Initial Upgade<br>Year 6 | 1.00 | ls | 482,429 . 42 | 482,429 . 42 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0023AB | Distribution Charge<br>Year 6 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0023AC | Capital Upgrade<br>Year 6 | 1.00 | ls | 0. | 0. |
| 0023AD | Purchase Price<br>Year 6 | 1.00 | ls | 0. | 0. |
| 0024 | Privatization of Wastewater Utility System, Fort Hamilton, New York<br>Year 6 | | | | |
| 4AA | Initial Upgade<br>Year 6 | 1.00 | ls | 771,779.00 | 771,779.00 |
| 0024AB | Distribution Charge<br>Year 6 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0024AC | Capital Upgrade<br>Year 6 | 1.00 | ls | 0. | 0. |
| 0024AD | Purchase Price<br>Year 6 | 1.00 | ls | 0. | 0. |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0025 | Privatization of Electric Utility System, Fort Hamilton, New York<br>Year 7 | | | | |
| 0025AA | Initial Upgrade<br>Year 7 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0025AB | Distribuiton Charge<br>Year 7 | | | 210,994.00 | 210,994.00 |
| 0025AC | Capital Upgrades<br>Year 7 | 1.00 | ls | -0-. | -0-. |
| :AD | Purchase Price<br>Year 7 | 1.00 | ls | - 0-. | - 0-. |
| 0026 | Privatization of Natural Gas Utility System, Fort Hamilton, New York<br>Year 7 | | | | |
| 0026AA | Initial Upgrade<br>Year 7 | 1.00 | ls | 266,951.93 | 266,951.93 |
| 0026AB | Distribuiton Charge<br>Year 7 | | | 210,994.00 | 210,994.00 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0026AC | Capital Upgrades<br>Year 7 | 1.00 | ls | 0 . | 0 . |
| 0026AD | Purchase Price<br>Year 7 | 1.00 | ls | 0 . | 0 . |
| 0027 | Privatizaiton of Potble Water Utility System, Fort Hamilton, New York<br>Year 7 | | | | |
| 0027AA | Initial Upgrade<br>Year 7 | 1.00 | EA | 482,429 . 42 | 482,429 . 42 |
| AB | Distribution Charges<br>Year 7 | 1.00 | EA | 210,994 . 00 | 210,994 . 00 |
| 0027AC | Capital Upgrades<br>Year 7 | 1.00 | EA | 0 . | 0 . |
| 0027AD | Purchase Price<br>Year 7 | 1.00 | ls | 0 . | 0 . |
| 028 | Privatization of Wastewater Utility System, Fort Hamilton, New York<br>Year 7 | | | | |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0028AA | Initial Upgade<br>Year 7 | 1.00 | ls | 771,779.00 | 771,779.00 |
| 0028AB | Distribution Charge<br>Year 7 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0028AC | Capital Upgrade<br>Year 7 | 1.00 | ls | 0. | 0. |
| 0028AD | Purchase Price<br>Year 7 | 1.00 | ls | 0. | 0. |
| | Privatization of Electric Utility System, Fort Hamilton, New York<br>Year 8 | | | | |
| 0029AA | Initial Upgade<br>Year 8 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0029AB | Distribution Charge<br>Year 8 | 1.00 | ls | 210,994.00 | 210,994.00 |
| 0029AC | Capital Upgrade<br>Year 8 | 1.00 | ls | 0. | 0. |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0029AD | Purchase Price<br>Year 8 | 1.00 | ls | 0. | 0. |
| 0030 | Privatization of Naural Gas Utility System, Fort Hamilton, New York<br>Year 8 | | | | |
| 0030AA | Initial Upgrade<br>Year 8 | 1.00 | ls | 266,951.93 | 266,951.93 |
| 0030AB | Distribuiton Charge<br>Year 8 | | | 210,994.00 | 210,994.00 |
| 'AC | Capital Upgrades<br>Year 8 | 1.00 | ls | 0. | 0. |
| 0030AD | Purchase Price<br>Year 8 | 1.00 | ls | 0. | 0. |
| 0031 | Privatization of Potable Water Utility System, Fort Hamilton, New York<br>Year 8 | | | | |
| 0031AA | Initial Upgrade<br>Year 8 | 1.00 | ls | 482,429.42 | 482,429.42 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0031AB | Distribuiton Charge<br>Year 8 | | | 210,994.00 | 210,994.00 |
| 0031AC | Capital Upgrades<br>Year 8 | 1.00 | ls | 0 . | 0 . |
| 0031AD | Purchase Price<br>Year 8 | 1.00 | ls | 0 . | 0 . |
| 0032 | Privatizaiton of Wastewater Utility System, Fort Hamilton, New York<br>Year 8 | | | | |
| AA | Initial Upgrade<br>Year 8 | 1.00 | EA | 771,779 . 00 | 771,779 . 00 |
| 0032AB | Distribution Charges<br>Year 8 | 1.00 | EA | 210,994 . 00 | 210,994 . 00 |
| 0032AC | Capital Upgrades<br>Year 8 | 1.00 | EA | 0 . | 0 . |
| 0032AD | Purchase Price<br>Year 8 | 1.00 | ls | 0 . | 0 . |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0033 | Privatization of Electric Utility System, Fort Hamilton, New York<br>Year 9 | | | | |
| 0033AA | Initial Upgade<br>Year 9 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0033AB | Distribution Charge<br>Year 9 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0033AC | Capital Upgrade<br>Year 9 | 1.00 | ls | -0-. | -0-. |
| [illegible]AD | Purchase Price<br>Year 9 | 1.00 | ls | -0-. | -0-. |
| 0034 | Privatizaiton of Natural Gas Utility System, Fort Hamilton, New York<br>Year 9 | | | | |
| 0034AA | Initial Upgrade<br>Year 9 | 1.00 | EA | 266,951.93 | 266,951.93 |
| 0034AB | Distribution Charges<br>Year 9 | 1.00 | EA | 210,994.00 | 210,994.00 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0034AC | Capital Upgrades<br>Year 9 | 1.00 | EA | -0-. | -0-. |
| 0034AD | Purchase Price<br>Year 9 | 1.00 | ls | -0-. | -0-. |
| 0035 | Privatization of Potable Water, Utility System, Fort Hamilton, New York<br>Year 9 | | | | |
| 0035AA | Initial Upgade<br>Year 9 | 1.00 | ls | 482,429.42 | 482,429.42 |
| .AB | Distribution Charge<br>Year 9 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0035AC | Capital Upgrade<br>Year 9 | 1.00 | ls | -0-. | -0-. |
| 0035AD | Purchase Price<br>Year 9 | 1.00 | ls | -0-. | -0-. |
| )036 | Privatizaiton of Wastewater Utility System, Fort Hamilton, New York<br>Year 9 | | | | |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0036AA | Initial Upgrade<br>Year 9 | 1.00 | EA | 771,779.00 | 771,779.00 |
| 0036AB | Distribution Charges<br>Year 9 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0036AC | Capital Upgrades<br>Year 9 | 1.00 | EA | -0-. | -0-. |
| 0036AD | Purchase Price<br>Year 9 | 1.00 | ls | -0-. | -0-. |
| | Privatization of Electric Utility System, Fort Hamilton, New York<br>Year 10 | | | | |
| 0037AA | Initial Upgade<br>Year 10 | 1.00 | ls | 170,019.38 | 170,019.38 |
| 0037AB | Distribution Charge<br>Year 10 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 037AC | Capital Upgrade<br>Year 10 | 1.00 | ls | -0-. | -0-. |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0037AD | Purchase Price<br>Year 10 | 1.00 | ls | -0-. | -0-. |
| 0038 | Privatizaiton of Natural Gas Utility System, Fort Hamilton, New York<br>Year 10 | | | | |
| 0038AA | Initial Upgrade<br>Year 10 | 1.00 | EA | 266,951.93 | 266,951.93 |
| 0038AB | Distribution Charges<br>Year 10 | 1.00 | EA | 210,994.00 | 210,994.00 |
| AC | Capital Upgrades<br>Year 10 | 1.00 | EA | -0-. | -0-. |
| 0038AD | Purchase Price<br>Year 10 | 1.00 | ls | -0-. | -0-. |
| 0039 | Privatization of Potable Water, Utility System, Fort Hamilton, New York<br>Year 10 | | | | |
| 0039AA | Initial Upgade<br>Year 10 | 1.00 | ls | 482,429.42 | 482,429.42 |

Final Proposal Revision - 30 August 1999

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0039AB | Distribution Charge<br>Year 10 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0039AC | Capital Upgrade<br>Year 10 | 1.00 | ls | -0- | -0- |
| 0039AD | Purchase Price<br>Year 10 | 1.00 | ls | -0- | -0- |
| 0040 | Privatizaiton of Wastewater Utility System, Fort Hamilton, New York<br>Year 10 | | | | |
| ᴵAA | Initial Upgrade<br>Year 10 | 1.00 | EA | 771,779.00 | 771,779.00 |
| 0040AB | Distribution Charges<br>Year 10 | 1.00 | EA | 210,994.00 | 210,994.00 |
| 0040AC | Capital Upgrades<br>Year 10 | 1.00 | EA | -0- | -0- |
| 0040AD | Purchase Price<br>Year 10 | 1.00 | ls | -0- | -0- |

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0041 | Taxes payable in accordance with clause H.23 of this document. Year 1 | 1.00 | LS | Not priced at this time | |
| 0042 | Taxes payable in accordance with clause H.23 of this document. Year 2 | 1.00 | LS | Not priced at this time | |
| 0043 | Taxes payable in accordance with clause H.23 of this contract. Year 3 | 1.00 | LS | Not priced at this time | |
| 0044 | Taxes payable in accordance with clause H.23 of this contract. Year 4 | 1.00 | LS | Not priced at this time | |
| 0045 | Taxes payable in accordance with clause H.23 of this contract. Year 5 | 1.00 | LS | Not priced at this time | |
| 0046 | Taxes payable in accordance with clause H.23 of this contract. Year 6 | 1.00 | LS | Not priced at this time | |
| 0047 | Taxes payable in accordance with clause H.23 of this contract. Year 7. | 1.00 | LS | Not priced at this time | |

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0048 | Taxes payable in accordance with clause H.23 of this contract.<br><br>Year 8 | 1.00 | LS | | Not Priced at this time |
| 0049 | Taxes payable in accordance with clause H.23 of this contract.<br><br>Year 9 | 1.00 | LS | | Not priced at this time |
| 0050 | Taxes payable in accordance with clause H.23 of this contract.<br><br>Year 10 | 1.00 | LS | | Not priced at this time |

END OF SECTION B