**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC., et.al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-1000C (04-254C)** |
| | ) | **(Consolidated)** |
| **UNITED STATES OF AMERICA,** | ) | **(Judge Block)** |
| **Defendant.** | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

---

Pursuant to Rule 56(h)(2) of the Rules of the United States Court of Federal Claims, ("RCFC"), the plaintiffs respectfully submit their response with regard to each of facts asserted in Defendant's Proposed Findings of Uncontroverted Fact (Dkt. No. 18). Plaintiffs' responses are submitted pursuant to the requirement of RCFC 56(h)(2) solely in conjunction with Defendant's Proposed Findings of Uncontroverted Fact (Dkt. No. 18) filed in this case. By providing these responses, plaintiffs do not waive their right to challenge the factual or legal basis for any of Defendant's Proposed Findings of Uncontroverted Fact in subsequent pleadings or proceedings, if necessary. The paragraph numbers used below correspond to the paragraph numbers set forth in Defendant's Proposed Findings of Uncontroverted Fact.

1. Agree for the purposes of RCFC 56(h)(2).
2. Agree for the purposes of RCFC 56(h)(2).
3. Agree for the purposes of RCFC 56(h)(2).
4. Agree for the purposes of RCFC 56(h)(2).

5. Agree for the purposes of RCFC 56(h)(2).

6. Agree for the purposes of RCFC 56(h)(2).

7. Agree for the purposes of RCFC 56(h)(2).

8. Agree for the purposes of RCFC 56(h)(2).

9. Agree for the purposes of RCFC 56(h)(2).

10. Agree for the purposes of RCFC 56(h)(2).

11. Agree for the purposes of RCFC 56(h)(2).

12. Agree for the purposes of RCFC 56(h)(2).

13. Agree for the purposes of RCFC 56(h)(2).

Respectfully submitted,

July 13, 2006

/s/ John J. Pavlick, Jr.

John J. Pavlick, Jr.
VENABLE LLP
575 7th Street, N. W.
Washington, D. C. 20004
Telephone: 202/344-4000
Facsimile: 202/344-8300

OF COUNSEL
Charles R. Marvin, Jr.
VENABLE LLP
575 7th Street, N. W.
Washington, D. C. 20004
Telephone: 202/344-4000
Facsimile: 202/344-8300

Attorneys for Enron Federal Solutions, Inc.

/s/ Timothy E. Heffernan

Timothy E. Heffernan
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
7929 Westpark Drive, Suite 400
McLean, Virginia 22102
Telephone 703/749-1000
Facsimile: 703/749-0699

Attorney for Liberty Mutual Insurance Co.

DC1/213549

NOTICE OF FILING

I hereby certify that on July 13, 2006, a copy of the foregoing "PLAINTIFFS' RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John J. Pavlick, Jr.