**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-1000C** |
| | ) | **(Judge Block)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIMETO FILE CONTRACT WITH COURT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of seven (7) calendar days, to and including Friday, August 4, 2006, for the parties to jointly file a copy of the contract at issue with the Court, as previously ordered by this Court's Scheduling Order dated July 14, 2006 (Dkt. No. 23). This is defendant's first request for an enlargement of the period allowed for the parties to jointly file the contract with Court, and this motion follows telephone conversations with counsel for both plaintiffs on July 27, 2006, in which plaintiffs' counsel stated, among other things, that their clients would not oppose this motion.

By its recent Scheduling Order, this Court stated and ordered, among other things:

> Furthermore, only discreet portions of the contract at issue in this case have to date been filed as appendices to the parties' motions and memoranda. The parties are **ORDERED** to jointly file, for the benefit of the court, a full and complete copy of the contract at issue in this case no later than **Friday, July 28, 2006**.

Scheduling Order (July 14, 2006) (Dkt. No. 23) (emphasis in original).

Following receipt of the Court's Scheduling Order, defendant's counsel undertook to obtain a full and complete copy of the relevant contract in a form suitable for filing with the

Court. On the business day following the issuance of the Court's Scheduling Order, however, the Army's contracting officer, Mr. Campbell, was admitted for immediate surgery, and Mr. Campbell has been unavailable to support this litigation since his admission for surgery. The Army compiled the full contract without Mr. Campbell's participation and delivered it to defendant's counsel on July 25, 2006.

The Government's copy of the contract is voluminous – approximately 5-1/2 inches thick and apparently in excess of 1,300 pages – and counsel for plaintiff, Enron Federal Solutions, Inc., has advised that he will require time to review our copy before plaintiffs can determine whether this constitutes a version that the parties can agree to file jointly. In addition, because of the volume of the contract, the parties will be seeking guidance from the Court as to the format for filing the contract, pursuant to General Order No. 42A, §§ I.4 (Court may "authorize the filing in some other electronic format (e.g., a CD-Rom) or in paper form") and I.5 (filing of courtesy copies in "paper form").

For the foregoing reasons, defendant respectfully requests that its unopposed motion for an enlargement of time of seven (7) calendar days, to and including Friday, August 4, 2006, for the parties to jointly file a copy of the contract at issue with the Court be allowed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:

CAPTAIN PATRICK BUTLER
U.S. Army Legal Services Agency

/s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

THOMAS D. DINACKUS
U.S. Department of Justice
Commercial Litigation Branch
Civil Division

/s/ John Warshawsky

JOHN WARSHAWSKY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163
Attorneys for Defendant

July 27, 2006

NOTICE OF FILING

I hereby certify that on July 27, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIMETO FILE CONTRACT WITH COURT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ John Warshawsky