# The United States Court of Federal Claims

**No: 05-1000 C (Consolidated with No. 04-254 C)**

July 27, 2006

**ENRON FEDERAL SOLUTIONS, INC.,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

Defendant's July 27, 2006 unopposed motion for enlargement of time is **GRANTED**. The parties shall jointly respond to the court's July 14, 2006 order no later than Friday, August 4, 2006.

Separately, defendant's motion requested that the parties be able to file the requested materials in compact disc format, given the voluminous document to be filed. In the event the parties elect to file the requested documents in compact disc form, that request is **GRANTED**, and the parties shall file a copy of the compact disc with the clerk of the court and make an appropriate docket entry in the Electronic Case Filing (ECF) system for this case. Furthermore, if the parties elect to file the requested materials in compact disc format, the parties are instructed to provide two courtesy copies of the compact disc, only. For this filing, courtesy copies need not be filed in paper format.

s/*Lawrence J. Block*

**Lawrence J. Block**
**Judge**