**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-1000C (04-254C)** |
| | ) | **(Consolidated)** |
| **UNITED STATES OF AMERICA,** | ) | **(Judge Block)** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF FILING OF CONTRACT**
**ON BEHALF OF PARTIES, PURSUANT TO COURT'S PRIOR ORDERS**

Pursuant to the Orders of this Court filed July 14, 2006 (Dkt. No. 23) and July 27, 2006 (Dkt. No. 26), defendant, the United States, respectfully provides notice that it has filed with the Clerk the contract documents referenced in the July 14, 2006 Order in compact disc format, on behalf of the parties. The compact discs (including two courtesy copies) have been delivered to the Clerk of the Court contemporaneously with the filing of this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:

CAPTAIN PATRICK BUTLER
U.S. Army Legal Services Agency

/s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

THOMAS D. DINACKUS
U.S. Department of Justice
Commercial Litigation Branch
Civil Division

/s/ John Warshawsky

JOHN WARSHAWSKY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163
Attorneys for Defendant

August 3, 2006

NOTICE OF FILING

I hereby certify that on August 3, 2006, a copy of foregoing "DEFENDANT'S NOTICE OF FILING OF CONTRACT ON BEHALF OF PARTIES, PURSUANT TO COURT'S PRIOR ORDERS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ John Warshawsky
______________________________