# In the United States Court of Federal Claims

**Nos. 05-100C (04-254C)(Consolidated)**

**Filed: August 3, 2006**

**ENRON FEDERAL SOLUTIONS, INC., et al.**

**v.**

**THE UNITED STATES**

**Compact Disk Containing Contract Documents**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.