# The United States Court of Federal Claims

**No: 05-1000 C (Consolidated with No. 04-254)**
November 21, 2006

**ENRON FEDERAL SOLUTIONS, INC., *et al.*,**

***Plaintiffs*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

## SCHEDULING ORDER

Plaintiffs' Proposed Findings of Uncontroverted Facts ¶ 6 states, "The Contract also provided that title to the utility systems would pass from the Government to EFSI." However, in Plaintiffs' Reply Brief to Defendant's Opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment, Plaintiffs state, "there is no evidence that title to the utility systems ever passed to EFSI under the Contract." P. Reply 10.

The parties shall file by **Thursday, December 7, 2006**, a brief of no more than ten pages, discussing the factual circumstances and legal significance of the passing (or failure of passing) title from the government to EFSI. The parties shall address who currently has title to the utility systems, whether ownership of the utility systems was claimed as an asset in EFSI's Bankruptcy Proceedings, and the legal effect of these facts.

**IT IS SO ORDERED.**

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**