**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC., et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-1000C (04-254C)** |
| | ) | **(Consolidated)** |
| **UNITED STATES OF AMERICA,** | ) | **(Judge Block)** |
| | ) | |
| **Defendant.** | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert C. Bigler as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

s/ Robert C. Bigler
Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0315
Fax: (202) 514-8624
Robert.Bigler@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this _25th_ day of January 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler