**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENRON FEDERAL SOLUTIONS, INC., et. al.,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No. 05-1000C (04-254C) (Consolidated) (Judge Block)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of February 7, 2008, the parties have reviewed the Court's order and believe that it resolves all issues in both this matter and the previously-consolidated matter, Liberty Mutual Insurance Co. v. United States (No. 04-254). In light of the Court's opinion, the parties agree that dismissal with prejudice is appropriate for both these matters.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Robert C. Bigler

ROBERT C. BIGLER
Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0315
Facsimile: (202) 514-8624
Attorneys for Defendant
Dated: April 15, 2008

s/ John J. Pavlick, Jr.

JOHN J. PAVLICK, JR.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4894
Facsimile: (202) 344-8300
Attorney for Plaintiff EFSI
Dated: April 15, 2008

s/ Timothy E. Heffernan

TIMOTHY E. HEFFERNAN
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Telephone: (703) 749-1000
Facsimile: (703) 749-0699
Attorney for Plaintiff Liberty Mutual
Dated: April 15, 2008

NOTICE OF FILING

I hereby certify that on April 15, 2008, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

s/ Robert C. Bigler