# The United States Court of Federal Claims

**No: 05-1000 C (04-254 Consolidated)**
April 23, 2008

**ENRON FEDERAL SOLUTIONS, INC.,**
***et. al.,***

***Plaintiffs***,

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant***.

**ORDER DISMISSING CASES**

Having considered the Joint Status Report filed on April 15, 2008, in which the parties agree that dismissal with prejudice is appropriate for both Enron, 05-1000 C and Liberty, 04-254, it is ORDERED that the Clerk of the Court shall enter judgment dismissing these matters with prejudice.

s/ *Lawrence J. Block*

**Lawrence J. Block**
**Judge**