# In the United States Court of Federal Claims

**No. 05-1000C and 04-254C**
**(consolidated)**

**ENRON FEDERAL SOLUTIONS, INC., and LIBERTY MUTUAL INSURANCE CO.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 23, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaints are dismissed, with prejudice.

John S. Buckley
Acting Clerk of Court

April 23, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.